AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ~ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | |
|---|---|---|
| DOCKET NO. | DATE FILED | 05  11099 NG |

(Stamped: 05 11099 NG)

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; BMG MUSIC; and UMG RECORDINGS, INC. | DEFENDANT<br>DOES 1 - 2 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

## Doe #1 (168.122.240.201 2005-04-29 15:33:37 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Tonic | Open Up Your Eyes | Lemon Parade | 257-075 |
| BMG Music | SR-71 | Right Now | Now You See Inside | 283-812 |
| Capitol Records, Inc. | Bonnie Raitt | I Can't Make You Love Me | Luck of the Draw | 133-193 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Streets of Philadelphia | Greatest Hits | 198-948 |



**Exhibit A**

## Doe #2 (168.122.205.231 2005-04-25 10:42:52 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Virgin Records America, Inc. | Blur | Chinese Bombs | Blur | 231-938 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Pink Floyd | In the Flesh | The Wall | 14-787 |
| UMG Recordings, Inc. | Beck | Readymade | Odelay | 222-917 |



05 11099 NG