UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a ) <br> Delaware general partnership; VIRGIN ) <br> RECORDS AMERICA, INC., a California ) <br> corporation; CAPITOL RECORDS, INC., a ) <br> Delaware corporation; BMG MUSIC, a New ) <br> York general partnership; and UMG ) <br> RECORDINGS, INC., a Delaware corporation, ) <br> ) <br>           Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOES 1-2, ) <br> ) <br>           Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION No.: |

## DECLARATION OF JONATHAN WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

I, Jonathan Whitehead, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1.    I am Vice President and Counsel for Online Copyright Protection for the Recording Industry Association of America, Inc. ("RIAA"), where I have been employed for over 6 years. My office is located at 1330 Connecticut Avenue, N.W., Washington, DC 20036. I submit this declaration in support of Plaintiffs' Motion for Leave to Take Immediate Discovery.

2.      This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

## The RIAA's Role in Protecting Its Member Recording Industry Companies From Copyright Infringement

3.      The RIAA is a not-for-profit trade association whose member record companies create, manufacture, and/or distribute approximately ninety percent of all legitimate sound recordings produced and sold in the United States. The RIAA's member record companies comprise the most vibrant national music industry in the world. A critical part of the RIAA's mission is to assist its member companies in protecting their intellectual property in the United States and in fighting against online and other forms of piracy. All of the Plaintiffs in this action are members of the RIAA.

4.      The RIAA investigates the unauthorized reproduction and distribution of copyrighted sound recordings online. As Vice President and Counsel for Online Copyright Protection, I am responsible for formulating and implementing online strategies for the RIAA, including investigations into the online infringement of copyrighted sound recordings of all kinds.

### The Internet and Music Piracy

5.      The Internet is a vast collection of interconnected computers and computer networks that communicate with each other. It allows hundreds of millions of people around the world to communicate freely and easily and to exchange ideas and information, including

2

academic research, literary works, financial data, music, movies, graphics, and an unending and ever-changing array of other data. The Internet2 is a consortium led by more than 200 universities to develop advanced network applications, network technologies, and an ultra-high speed network. A user connected to the Internet2's backbone network is able to transfer files at a significantly higher rate that a typical broadband Internet user. Unfortunately, the Internet and Internet2 also have afforded opportunities for the wide-scale piracy of copyrighted sound recordings and musical compositions. Once a sound recording has been transformed into an unsecured digital format, it can be copied further and distributed an unlimited number of times online, without significant degradation in sound quality.

6.     Much of the unlawful distribution of copyrighted sound recordings online occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems. The most notorious example of such a system was Napster, which was enjoined by a federal court. In addition, there are many other P2P networks, including KaZaA, eDonkey, iMesh, Grokster, i2hub and Gnutella, that continue to operate and to facilitate widespread copyright piracy. The major recording companies are currently engaged in litigation against KaZaA and Grokster. At any given moment, millions of people illegally use online media distribution systems to upload or download copyrighted material.

7.     P2P networks, at least in their most popular form, refer to computer systems or processes that enable individuals using the network to: (1) make files (including audio recordings) stored on a computer available for copying by other users; (2) search for files stored on other users' computers; and (3) transfer exact copies of files from one computer to another online. P2P networks enable users who otherwise would have no connection with, or knowledge of, each other to offer to each other for distribution and copying files off of their PCs,

to provide a sophisticated search mechanism by which users can locate these files for downloading, and to provide a means of effecting downloads.

        8.      The major record companies generally have not authorized their copyrighted sound recordings to be copied or distributed in unsecured formats by means of P2P networks. Thus, the vast majority of the content that is copied and distributed on P2P networks is unauthorized by the copyright owner – that is, the distribution violates the copyright laws.

        9.      The scope of online piracy of copyrighted works cannot be underestimated. Retail sales – the principal revenue source for most record companies – declined 7% in 2000, 10% in 2001, and 11% in 2002. The RIAA member companies lose significant revenues on an annual basis due to the millions of unauthorized downloads and uploads of well-known recordings that are made available on the Internet by infringers who, in virtually all cases, have the ability to maintain their anonymity to all but the Internet Service Provider ("ISP") they use to supply them with access to the Internet.

        10.      In contrast to the terrible harm to copyright owners, ISPs likely benefit from P2P networks. Those who would unlawfully upload and download copyrighted music often use large amounts of bandwidth (because music files are so large). The infringers thus tend to subscribe to services, such as DSL and cable modems, that are far more expensive than ordinary telephone services. One publication recently estimated that 50-70 percent of the bandwidth of cable broadband network was being used for P2P file copying. See Alan Brezneck, "Service Control Vendors vie for MSO Business," *Cable Datacom News* (March 1, 2003).

        11.      The persons who commit infringements by using the P2P networks are, by and large, anonymous to Plaintiffs. A person who logs on to a P2P network is free to use any

4

alias (or computer name) whatsoever, without revealing his or her true identity to other users. Thus, Plaintiffs can observe the infringement occurring online, but do not know the true names or mailing addresses of those individuals who are committing the infringement.

## The RIAA's Identification of Copyright Infringers

12.     In order to assist its members in combating copyright piracy, the RIAA conducts searches of file-copying services, for infringing copies of sound recordings whose copyrights are owned by RIAA members. A search can be as simple as logging onto a P2P network and examining what files are being offered by others logged onto the network. These searches generally result in the identification of specific Internet Protocol ("IP") addresses from which infringers are making unauthorized copies of sound recordings available to the public. An IP address is a unique identifier that, along with the date and time, specifically identifies a particular computer or server using the Internet. An IP address also allows the RIAA to use publicly available databases to ascertain, in general terms, the infringer's ISP.

13.     The RIAA engages in a painstaking process to determine whether a person is infringing. That process relies on human review of evidence supporting the allegation of infringement. For each suspected infringer, the RIAA reviews a listing of the music files that the user has offered for upload by others from his or her computer in order to determine whether they appear to be copyrighted sound recordings. The RIAA also downloads copyrighted sound recordings from these users, and listens to them in order to confirm that they are, indeed, illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also downloads and stores other evidence that demonstrates that the user is engaged in copyright infringement.

5

14.     The RIAA frequently has used the subpoena processes of Federal Rule of

Civil Procedure 45 and the Digital Millennium Copyright Act ("DMCA") to obtain the names of

infringers from ISPs. (Individuals only can gain access to the Internet after setting up an account

with, or subscribing to, an ISP.) The RIAA typically has included in their subpoenas to ISPs an

IP address and a date and time on which the RIAA observed use of the IP address in connection

with allegedly infringing activity. In some instances, providing the IP address alone to the ISP

has been enough to enable the ISP to identify the infringer. Providing the date and time further

assists some ISPs in identifying infringers, especially ISPs that use "dynamic IP addressing"

such that a single computer may be assigned different IP addresses at different times, including,

for example, each time it logs into the Internet.[4] Once provided with the IP address, plus the date

and time of the infringing activity, the infringer's ISP quickly and easily can identify the

computer from which the infringement occurred (and the name and address of the subscriber that

controls that computer), sometimes within a matter of minutes.

15.     Since 1998, the RIAA and others have used subpoenas thousands of times

to learn the names, addresses, telephone numbers, and e-mail addresses of infringers for the

purpose of bringing legal actions against those infringers. During a recent litigation with

Verizon (an ISP) relating to the DMCA subpoena process, Verizon conceded that, as an

alternative to the DMCA process, Plaintiffs could file "John Doe" lawsuits and issue Rule 45

subpoenas to ISPs to obtain the true identities of infringing subscribers.

---

[4] ISPs own or are assigned certain blocks or ranges of IP addresses. An ISP assigns a particular
IP address in its block or range to a subscriber when that subscriber goes "online."

6

## The RIAA's Identification of the Infringers in This Case

16. In the ordinary course of investigating online copyright infringement, the RIAA became aware that Defendants were offering files for download on various P2P networks. The user-defined author and title of the files offered for download by each Defendant suggested that many were copyrighted sound recordings being disseminated without the authorization of the copyright owners. The RIAA downloaded and listened to a representative sample of the music files being offered for download by each Defendant and was able to confirm that the files each Defendant was offering for distribution were illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also recorded the time and date at which the infringing activity was observed and the IP address assigned to each defendant at the time. See Complaint Exhibit A. The RIAA could not, however, determine the physical location of the users or their identities. The RIAA could determine that the Defendants were using Boston University's service to distribute and make available for distribution the copyrighted files.

17. The RIAA also has collected for each Defendant a list of the files each Defendant has made available for distribution to the public. Exhibit 1 to this Declaration contains such lists for the first three Defendants referred to in the Complaint. These lists often show thousands of files, many of which are sound recording (MP3) files that are owned by, or exclusively licensed to, Plaintiffs. Because of the voluminous nature of the lists, and in an effort not to overburden the Court with paper, I have not attached to this Declaration the lists for all Defendants. Such lists will be made available to the Court upon request.

## The Importance of Expedited Discovery in This Case

18.     Obtaining the identity of copyright infringers on an expedited basis is critical to stopping the piracy of RIAA members' copyrighted works.

19.     First, every day that copyrighted material is disseminated without the authorization of the copyright owner, the copyright owner is economically harmed. Prompt identification of infringers is necessary in order for copyright owners to take quick action to stop unlawful dissemination of their works and minimize their economic losses.

20.     Second, infringement often occurs with respect to sound recordings that have not yet been distributed publicly. Such infringement inflicts great harm on the initial market for new works. New recordings generally earn a significant portion of their revenue when they are first released, and copyright piracy during a recording's pre-release or early release period therefore deprives copyright owners of an important opportunity to reap the benefits of their labor.

21.     Third, without expedited discovery Plaintiffs have no way of serving Defendants with the complaint and summons in this case. Plaintiffs do not have the Defendants' names or addresses, nor do they have an e-mail address for Defendants.

22.     Fourth, and perhaps most critically, service providers have different policies pertaining to the length of time they preserve "logs" which identify their users. ISPs keep log files of their user activities for only limited periods of time – which can range from as short as a few days, to a few months – before erasing the data they contain. If an ISP does not respond expeditiously to a discovery request, the identification information in the ISP's logs may be erased, making it impossible for the ISP to determine the identity of the infringer and eliminating the copyright owner's ability to take action to stop the infringement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May __19__, 2005 in __Washington, DC__.

_____
Jonathan Whitehead

```
                              ShareListing
            00 - Dashboard Confessional - A Mark - A Mission - A Brand
.jpg|141898
            00 - Dashboard Confessional - A Mark - A Mission - A
Bra(2).jpg|148045
            00 - Dashboard Confessional - A Mark - A Mission - A (3).jpg|172999
      Unknown Artist
            Unknown Album (6-14-2004 2-03-04 PM)
                  12 Track 12.wma|5100475
                  11 Track 11.wma|3923203
                  07 Track 7.wma|4974979
                  06 Track 6.wma|3708067
                  03 Track 3.wma|3116443
                  02 Track 2.wma|3552691
                  01 Track 1.wma|4299691
            Unknown Album (9-2-2004 3-35-12 PM)
                  05 Track 5.wma|4018929
                  04 Track 4.wma|3188265
            Unknown Album (6-14-2004 2-41-44 PM)
                  16 Track 16.wma|4455131
                  12 Track 12.wma|3929243
                  11 Track 11.wma|4514891
                  10 Track 10.wma|4879427
                  09 Track 9.wma|5345555
                  08 Track 8.wma|4263899
                  06 Track 6.wma|2100587
                  04 Track 4.wma|3062723
                  02 Track 2.wma|3182243
            Unknown Album (9-3-2004 1-50-37 PM)
                  12 Track 12.wma|4611501
                  11 Track 11.wma|2739953
                  10 Track 10.wma|2733977
                  09 Track 9.wma|2447129
                  08 Track 8.wma|3618425
                  07 Track 7.wma|2261873
                  06 Track 6.wma|3534761
                  05 Track 5.wma|3654281
                  04 Track 4.wma|2745929
                  03 Track 3.wma|3343529
                  02 Track 2.wma|1957097
                  01 Track 1.wma|2148329
            Unknown Album (9-2-2004 8-47-53 PM)
                  15 Track 15.wma|5441141
                  14 Track 14.wma|2584613
                  13 Track 13.wma|2423261
                  12 Track 12.wma|3660293
                  11 Track 11.wma|3253925
                  10 Track 10.wma|2781821
                  09 Track 9.wma|2811701
                  08 Track 8.wma|2722061
                  07 Track 7.wma|2745965
                  06 Track 6.wma|3206117
                  05 Track 5.wma|2889389
                  04 Track 4.wma|1676261
                  03 Track 3.wma|2698157
                  02 Track 2.wma|2674253
                  01 Track 1.wma|2423261
            Unknown Album (9-3-2004 4-07-37 PM)
                  18 Track 18.wma|5136403
                  17 Track 17.wma|5221069
                  16 Track 16.wma|6116467
                  15 Track 15.wma|4677267
                  14 Track 14.wma|4132435
                  13 Track 13.wma|4867483
```

```
                    ShareListing
        12 Track 12.wma|1030891
        11 Track 11.wma|5202139
        10 Track 10.wma|5028835
        09 Track 9.wma|3558739
        08 Track 8.wma|4616491
        07 Track 7.wma|4712107
        06 Track 6.wma|899419
        05 Track 5.wma|3702163
        04 Track 4.wma|212179
        03 Track 3.wma|6540763
        02 Track 2.wma|4293787
        01 Track 1.wma|457195
Unknown Album (6-13-2004 5-40-54 PM)
        14 Track 14.wma|3582597
        13 Track 13.wma|3636381
        12 Track 12.wma|3654309
        09 Track 9.wma|2578629
        08 Track 8.wma|8225949
        05 Track 5.wma|4574613
        04 Track 4.wma|3110493
        03 Track 3.wma|2369469
        02 Track 2.wma|4036773
Unknown Album (6-13-2004 5-27-28 PM)
        19 Track 19.wma|3128483
        16 Track 16.wma|3475091
        15 Track 15.wma|5381435
        13 Track 13.wma|3253979
        12 Track 12.wma|3672299
        10 Track 10.wma|3307763
        09 Track 9.wma|3785843
        08 Track 8.wma|3062747
        07 Track 7.wma|2261963
        06 Track 6.wma|2489051
        05 Track 5.wma|2901395
        04 Track 4.wma|2805779
        03 Track 3.wma|3851579
        02 Track 2.wma|3899387
Unknown Album (9-2-2004 10-29-45 PM)
        10 Track 10.wma|3122395
        09 Track 9.wma|2841523
        08 Track 8.wma|2214043
        07 Track 7.wma|2375395
        06 Track 6.wma|2375395
        05 Track 5.wma|2471011
        04 Track 4.wma|2775787
        03 Track 3.wma|4102459
        02 Track 2.wma|3648283
        01 Track 1.wma|2943115
Unknown Album (9-3-2004 2-43-35 PM)
        11 Track 11.wma|5943093
        10 Track 10.wma|3032781
        09 Track 9.wma|3504885
        08 Track 8.wma|3498909
        06 Track 6.wma|2459085
        05 Track 5.wma|3971013
        04 Track 4.wma|3672213
        03 Track 3.wma|5429157
        02 Track 2.wma|3642333
Unknown Album (9-3-2004 2-19-49 PM)
        14 Track 14.wma|5972993
        13 Track 13.wma|3648329
        12 Track 12.wma|3546737
        11 Track 11.wma|1807721
                    Page 3
```

```
                         ShareListing
         10 Track 10.wma|2638385
         09 Track 9.wma|2853521
         08 Track 8.wma|3875417
         07 Track 7.wma|1855529
         06 Track 6.wma|3391361
         05 Track 5.wma|1921265
         04 Track 4.wma|2058713
         03 Track 3.wma|2829617
         02 Track 2.wma|3134393
         01 Track 1.wma|3253913
Unknown Album (9-2-2004 4-39-43 PM)
         20 Track 20.wma|2554799
         18 Track 18.wma|1903415
         17 Track 17.wma|2441255
         15 Track 15.wma|4365527
         14 Track 14.wma|4000991
         13 Track 13.wma|4090631
         12 Track 12.wma|4210151
         11 Track 11.wma|4969103
         10 Track 10.wma|4114535
         09 Track 9.wma|2973119
         08 Track 8.wma|2548823
         06 Track 6.wma|4162343
         05 Track 5.wma|5728055
         04 Track 4.wma|4753967
         03 Track 3.wma|5614511
         02 Track 2.wma|2518943
         01 Track 1.wma|5787815
Unknown Album (9-3-2004 2-17-34 PM)
         13 Track 13.wma|3504893
         12 Track 12.wma|2626421
         11 Track 11.wma|1771853
         10 Track 10.wma|3947117
         09 Track 9.wma|6074573
         08 Track 8.wma|2596541
         07 Track 7.wma|3331589
         06 Track 6.wma|1676237
         05 Track 5.wma|3486965
         04 Track 4.wma|2662277
         03 Track 3.wma|2488973
         02 Track 2.wma|2865461
         01 Track 1.wma|2471045
Unknown Album (9-3-2004 1-54-14 PM)
         16 Track 16.wma|2997019
         15 Track 15.wma|3385459
         14 Track 14.wma|1293859
         13 Track 13.wma|2010979
         12 Track 12.wma|3469123
         11 Track 11.wma|3367531
         10 Track 10.wma|3451195
         09 Track 9.wma|3385459
         08 Track 8.wma|3367531
         07 Track 7.wma|3534859
         06 Track 6.wma|2232091
         05 Track 5.wma|2967139
         04 Track 4.wma|2411371
         03 Track 3.wma|1712179
         02 Track 2.wma|1389475
         01 Track 1.wma|3510955
Unknown Album (9-3-2004 2-35-46 PM)
         11 Track 11.wma|3056671
         10 Track 10.wma|2925199
         09 Track 9.wma|3104479
                      Page 4
```

```
                      ShareListing
          08 Track 8.wma|2040751
          07 Track 7.wma|3815623
          06 Track 6.wma|4502863
          05 Track 5.wma|3128383
          04 Track 4.wma|1765855
          03 Track 3.wma|3301687
          02 Track 2.wma|4783735
          01 Track 1.wma|2578591
Unknown Album (6-13-2004 5-09-03 PM)
          14 Track 14.wma|4287763
          13 Track 13.wma|3534787
          12 Track 12.wma|3869443
          11 Track 11.wma|4508875
          07 Track 7.wma|9654211
          06 Track 6.wma|5243923
          05 Track 5.wma|5148307
          04 Track 4.wma|5046715
          02 Track 2.wma|2530819
          01 Track 1.wma|2967067
Unknown Album (6-14-2004 4-19-10 PM)
          13 Track 13.wma|4353501
          11 Track 11.wma|2477037
          10 Track 10.wma|4114461
          09 Track 9.wma|3068661
          08 Track 8.wma|7419189
          06 Track 6.wma|3845541
          05 Track 5.wma|2734005
Unknown Album (9-3-2004 1-20-42 PM)
          12 Track 12.wma|3725997
          11 Track 11.wma|3200109
          10 Track 10.wma|3457077
          09 Track 9.wma|2560677
          08 Track 8.wma|3648309
          07 Track 7.wma|2333589
          06 Track 6.wma|2829597
          05 Track 5.wma|4138341
          04 Track 4.wma|2978997
          03 Track 3.wma|3564645
          02 Track 2.wma|4126389
          01 Track 1.wma|4885341
Unknown Album (9-3-2004 3-40-14 PM)
          13 Track 13.wma|2578619
          12 Track 12.wma|8476931
          11 Track 11.wma|10765739
          10 Track 10.wma|4622411
          09 Track 9.wma|9080507
          08 Track 8.wma|7891283
          07 Track 7.wma|5853467
          06 Track 6.wma|2984987
          05 Track 5.wma|6564611
          04 Track 4.wma|1174259
          03 Track 3.wma|6988907
          02 Track 2.wma|1066691
          01 Track 1.wma|8309603
Unknown Album (8-8-2004 2-57-13 PM)
          12 Track 12.wma|4777773
          11 Track 11.wma|2877405
          10 Track 10.wma|3032781
          09 Track 9.wma|3785757
          08 Track 8.wma|3235965
          07 Track 7.wma|3379389
          06 Track 6.wma|3361461
          05 Track 5.wma|3636357
                      Page 5
```

```
                    ShareListing
         04 Track 4.wma|3612453
         03 Track 3.wma|3857469
         02 Track 2.wma|3528789
         01 Track 1.wma|3457077
Unknown Album (9 18 2003 4 59 30 PM)
         16 Track 16.wma|1443545
         04 Track 4.wma|1599685
         03 Track 3.wma|1800755
         02 Track 2.wma|1401495
         01 Track 1.wma|1062249
Unknown Album (9-3-2004 4-03-30 PM)
         16 Track 16.wma|7568613
         15 Track 15.wma|3570669
         14 Track 14.wma|1150389
         13 Track 13.wma|3606525
         12 Track 12.wma|4042773
         11 Track 11.wma|3702141
         10 Track 10.wma|3672261
         09 Track 9.wma|1012941
         08 Track 8.wma|4042773
         07 Track 7.wma|1520901
         06 Track 6.wma|3839589
         05 Track 5.wma|3803733
         04 Track 4.wma|1688229
         03 Track 3.wma|3403341
         02 Track 2.wma|4407309
         01 Track 1.wma|1216125
Unknown Album (9-3-2004 1-17-39 PM)
         12 Track 12.wma|3720021
         11 Track 11.wma|1556709
         10 Track 10.wma|4706061
         09 Track 9.wma|3498909
         08 Track 8.wma|3797709
         07 Track 7.wma|1879413
         06 Track 6.wma|2453109
         05 Track 5.wma|4042725
         04 Track 4.wma|2757885
         03 Track 3.wma|4544709
         02 Track 2.wma|3684165
         01 Track 1.wma|3504885
Unknown Album (9-2-2004 11-04-13 PM)
         13 Track 13.wma|4257871
         12 Track 12.wma|2124439
         11 Track 11.wma|4676191
         09 Track 9.wma|2787775
         08 Track 8.wma|3851503
         07 Track 7.wma|3176215
         06 Track 6.wma|4473007
         05 Track 5.wma|4036759
         04 Track 4.wma|2662279
         03 Track 3.wma|3863455
         02 Track 2.wma|3445135
         01 Track 1.wma|2614471
Unknown Album (9-2-2004 4-56-32 PM)
         17 Track 17.wma|3498971
         15 Track 15.wma|2453171
         13 Track 13.wma|4060715
         12 Track 12.wma|3349571
         10 Track 10.wma|2680259
         09 Track 9.wma|3265907
         08 Track 8.wma|3648371
         07 Track 7.wma|3247979
         05 Track 5.wma|4986995
```

```
                    ShareListing
         04 Track 4.wma|3134435
         03 Track 3.wma|4640387
         01 Track 1.wma|3875459
Unknown Album (9-3-2004 2-48-50 PM)
         10 Track 10.wma|3702065
         09 Track 9.wma|2596505
         08 Track 8.wma|2847497
         07 Track 7.wma|2560649
         06 Track 6.wma|2070617
         05 Track 5.wma|2494913
         04 Track 4.wma|3229961
         03 Track 3.wma|3020801
         02 Track 2.wma|2243921
         01 Track 1.wma|2895305
Unknown Album (9-2-2004 8-57-13 PM)
         20 Track 20.wma|2692591
         19 Track 19.wma|3015295
         17 Track 17.wma|3559111
         16 Track 16.wma|3493375
         15 Track 15.wma|3541183
         14 Track 14.wma|4043167
         13 Track 13.wma|3696559
         12 Track 12.wma|4455511
         11 Track 11.wma|2782231
         10 Track 10.wma|3385807
         09 Track 9.wma|3033223
         08 Track 8.wma|684655
         07 Track 7.wma|3493375
         06 Track 6.wma|3212503
         05 Track 5.wma|3577039
         04 Track 4.wma|851983
         03 Track 3.wma|3624847
         02 Track 2.wma|2567095
         01 Track 1.wma|2824063
Unknown Album (9-2-2004 5-25-07 PM)
         13 Track 13.wma|7933113
         12 Track 12.wma|4741929
         11 Track 11.wma|3666249
         10 Track 10.wma|3702105
         09 Track 9.wma|4520817
         08 Track 8.wma|4305681
         07 Track 7.wma|3863457
         06 Track 6.wma|4837545
         05 Track 5.wma|2835585
         04 Track 4.wma|3570633
         03 Track 3.wma|3026817
         02 Track 2.wma|4012857
         01 Track 1.wma|4586553
Unknown Album (9-3-2004 4-11-01 PM)
         12 Track 12.wma|2524819
         11 Track 11.wma|1831603
         10 Track 10.wma|2411275
         09 Track 9.wma|3331579
         08 Track 8.wma|3498907
         07 Track 7.wma|6953035
         06 Track 6.wma|1765867
         05 Track 5.wma|3421219
         04 Track 4.wma|4263835
         03 Track 3.wma|2351515
         02 Track 2.wma|2865451
         01 Track 1.wma|2285779
Unknown Album (9-2-2004 8-40-06 PM)
         13 Track 13.wma|7245873
```

```
                     ShareListing
         12 Track 12.wma|4042737
         11 Track 11.wma|2542761
         10 Track 10.wma|3761865
         09 Track 9.wma|2465073
         08 Track 8.wma|5333553
         07 Track 7.wma|4060665
         06 Track 6.wma|4473009
         05 Track 5.wma|4090545
         03 Track 3.wma|4108473
         02 Track 2.wma|3696129
         01 Track 1.wma|3140361
Unknown Album (9-2-2004 6-19-20 PM)
         13 Track 13.wma|5375381
         12 Track 12.wma|1287797
         11 Track 11.wma|2620445
         10 Track 10.wma|2632397
         09 Track 9.wma|2554709
         08 Track 8.wma|4927181
         07 Track 7.wma|2536781
         06 Track 6.wma|3475013
         05 Track 5.wma|2524829
         04 Track 4.wma|2704109
         03 Track 3.wma|3361469
         02 Track 2.wma|2662277
         01 Track 1.wma|1992965
Unknown Album (9-2-2004 4-00-53 PM)
         14 Track 14.wma|3403355
         12 Track 12.wma|4335611
         11 Track 11.wma|4287803
         10 Track 10.wma|4598555
         09 Track 9.wma|4096571
         08 Track 8.wma|3803747
         07 Track 7.wma|4030835
         06 Track 6.wma|4150355
         05 Track 5.wma|4371467
         04 Track 4.wma|4437203
         03 Track 3.wma|3576659
         02 Track 2.wma|4437203
         01 Track 1.wma|2763923
Unknown Album (9-3-2004 2-50-56 PM)
         13 Track 13.wma|2931197
         12 Track 12.wma|2494949
         11 Track 11.wma|1939181
         10 Track 10.wma|1963085
         09 Track 9.wma|2811677
         08 Track 8.wma|1849541
         07 Track 7.wma|2572637
         06 Track 6.wma|3044741
         05 Track 5.wma|2560685
         04 Track 4.wma|2984981
         03 Track 3.wma|2775821
         02 Track 2.wma|2220053
         01 Track 1.wma|2626421
Unknown Album (9-2-2004 6-01-39 PM)
         13 Track 13.wma|2273835
         12 Track 12.wma|2542755
         11 Track 11.wma|2232003
         10 Track 10.wma|2560683
         09 Track 9.wma|1741971
         08 Track 8.wma|2154315
         07 Track 7.wma|2178219
         06 Track 6.wma|2100531
         05 Track 5.wma|2435187
                     Page 8
```

```
                      ShareListing
          04 Track 4.wma|1915275
          03 Track 3.wma|2291763
          02 Track 2.wma|2644347
          01 Track 1.wma|2459091
Unknown  Album (9-2-2004 11-08-26 PM)
          14 Track 14.wma|5584555
          13 Track 13.wma|1724059
          12 Track 12.wma|1688203
          11 Track 11.wma|1550755
          10 Track 10.wma|2877427
          09 Track 9.wma|2548747
          08 Track 8.wma|2184211
          07 Track 7.wma|2961091
          06 Track 6.wma|2435203
          05 Track 5.wma|3630403
          04 Track 4.wma|3851515
          03 Track 3.wma|2823643
          02 Track 2.wma|2656315
          01 Track 1.wma|2070667
Unknown  Album (9-3-2004 2-25-19 PM)
          16 Track 16.wma|5363467
          15 Track 15.wma|3427243
          14 Track 14.wma|2572675
          13 Track 13.wma|3457123
          12 Track 12.wma|2500963
          11 Track 11.wma|2620483
          08 Track 8.wma|2010931
          07 Track 7.wma|7419211
          06 Track 6.wma|3074659
          05 Track 5.wma|3289795
          04 Track 4.wma|3146371
          03 Track 3.wma|3666283
          02 Track 2.wma|2172283
Unknown  Album (9-2-2004 8-43-18 PM)
          09 Track 9.wma|3510837
          07 Track 7.wma|3445101
          06 Track 6.wma|3642309
          05 Track 5.wma|3218013
          03 Track 3.wma|3923181
          01 Track 1.wma|3337533
Unknown  Album (9-3-2004 1-03-04 PM)
          13 Track 13.wma|5931165
          12 Track 12.wma|6540717
          11 Track 11.wma|2728029
          10 Track 10.wma|3044757
          09 Track 9.wma|4329597
          08 Track 8.wma|3684189
          07 Track 7.wma|3857493
          06 Track 6.wma|2620461
          05 Track 5.wma|5243925
          04 Track 4.wma|3857493
          03 Track 3.wma|3743949
          02 Track 2.wma|3325629
          01 Track 1.wma|4562661
Unknown  Album (9-3-2004 2-13-08 PM)
          17 Track 17.wma|4067711
          16 Track 16.wma|2943201
          15 Track 15.wma|3415305
          14 Track 14.wma|4694169
          13 Track 13.wma|3325665
          12 Track 12.wma|3797769
          11 Track 11.wma|2136441
          10 Track 10.wma|1228089
                      Page 9
```

```
                        ShareListing
        09 Track 9.wma|5907297
        08 Track 8.wma|4730025
        07 Track 7.wma|2112537
        06 Track 6.wma|2967105
        05 Track 5.wma|3773865
        04 Track 4.wma|2542809
        03 Track 3.wma|2214129
        02 Track 2.wma|2763921
        01 Track 1.wma|4228041
Unknown Album (9-2-2004 5-53-47 PM)
        20 Track 20.wma|3493025
        19 Track 19.wma|2112569
        18 Track 18.wma|2805785
        17 Track 17.wma|1969145
        16 Track 16.wma|3534857
        15 Track 15.wma|2369537
        14 Track 14.wma|2913353
        13 Track 13.wma|2285873
        12 Track 12.wma|2578697
        11 Track 11.wma|3086657
        10 Track 10.wma|2267945
        09 Track 9.wma|1975121
        08 Track 8.wma|1831697
        07 Track 7.wma|2208185
        06 Track 6.wma|2028905
        05 Track 5.wma|2070737
        04 Track 4.wma|1640465
        03 Track 3.wma|2417345
        02 Track 2.wma|2429297
        01 Track 1.wma|2058785
Unknown Album (9-3-2004 3-55-15 PM)
        12 Track 12.wma|2309685
        11 Track 11.wma|4257861
        10 Track 10.wma|4425189
        09 Track 9.wma|2333589
        08 Track 8.wma|3379389
        07 Track 7.wma|4042725
        06 Track 6.wma|3540741
        05 Track 5.wma|4646301
        04 Track 4.wma|3982965
        03 Track 3.wma|3319629
        02 Track 2.wma|3965037
        01 Track 1.wma|2883381
Unknown Album (9-2-2004 8-52-50 PM)
        12 Track 12.wma|3540737
        11 Track 11.wma|2745929
        10 Track 10.wma|3283769
        09 Track 9.wma|2243945
        08 Track 8.wma|2710073
        07 Track 7.wma|4024793
        06 Track 6.wma|2668241
        05 Track 5.wma|2399321
        04 Track 4.wma|2889353
        03 Track 3.wma|3110465
        02 Track 2.wma|2315657
        01 Track 1.wma|2321633
Unknown Album (6-14-2004 1-54-35 PM)
        22 Track 22.wma|1180375
        19 Track 19.wma|887551
        15 Track 15.wma|1598695
        13 Track 13.wma|4198255
        07 Track 7.wma|4574743
        04 Track 4.wma|2632543
                        Page 10
```

```
                     ShareListing
         01 Track 1.wma|1024999
Unknown Album (9-2-2004 10-20-15 PM)
         07 Track 7.wma|4030773
         06 Track 6.wma|3433173
         05 Track 5.wma|3893325
         04 Track 4.wma|3988941
Unknown Album (9-3-2004 2-53-59 PM)
         10 Track 10.wma|2793715
         09 Track 9.wma|3672187
         08 Track 8.wma|3857443
         07 Track 7.wma|3947083
         06 Track 6.wma|4162219
         05 Track 5.wma|4401259
         04 Track 4.wma|2088547
         03 Track 3.wma|2949091
         02 Track 2.wma|2805667
         01 Track 1.wma|2943115
Unknown Album (9-2-2004 9-15-20 PM)
         20 Track 20.wma|1162387
         19 Track 19.wma|2208187
         18 Track 18.wma|3983059
         17 Track 17.wma|3056779
         16 Track 16.wma|983107
         15 Track 15.wma|2453203
         14 Track 14.wma|2244043
         13 Track 13.wma|1401427
         12 Track 12.wma|3032875
         11 Track 11.wma|3038851
         10 Track 10.wma|4108555
         09 Track 9.wma|2459179
         08 Track 8.wma|3451195
         07 Track 7.wma|995059
         06 Track 6.wma|3570715
         05 Track 5.wma|2536867
         04 Track 4.wma|648451
         03 Track 3.wma|2399419
         02 Track 2.wma|2100619
         01 Track 1.wma|2877499
Unknown Album (6-14-2004 3-09-43 PM)
         18 Track 18.wma|5106539
         17 Track 17.wma|4927259
         16 Track 16.wma|3684251
         14 Track 14.wma|3481067
         11 Track 11.wma|2542835
         10 Track 10.wma|6558707
         08 Track 8.wma|3905363
         07 Track 7.wma|3809747
         04 Track 4.wma|4012931
         03 Track 3.wma|3540827
         01 Track 1.wma|3618515
Unknown Album (6-14-2004 1-49-31 PM)
         22 Track 22.wma|3726161
         18 Track 18.wma|3534929
         16 Track 16.wma|1825793
         07 Track 7.wma|1240145
         04 Track 4.wma|1317833
Unknown Album (9-2-2004 10-10-56 PM)
         23 Track 23.wma|3158433
         22 Track 22.wma|1503081
         21 Track 21.wma|3481137
         19 Track 19.wma|1789929
         18 Track 18.wma|3307833
         14 Track 14.wma|1789929
                     Page 11
```

```
                    ShareListing
        13 Track 13.wma|2196297
        12 Track 12.wma|3726153
        11 Track 11.wma|4682313
        10 Track 10.wma|3182337
        08 Track 8.wma|2883537
        07 Track 7.wma|1981161
        06 Track 6.wma|2232153
        05 Track 5.wma|3528945
        04 Track 4.wma|2333745
        03 Track 3.wma|3134529
        02 Track 2.wma|2889513
        01 Track 1.wma|3612609
Unknown Album (9-2-2004 6-03-37 PM)
        27 Track 27.wma|3540917
        26 Track 26.wma|3720197
        25 Track 25.wma|4162421
        24 Track 24.wma|2919413
        23 Track 23.wma|2895509
        22 Track 22.wma|3098693
        21 Track 21.wma|6833693
        20 Track 20.wma|2208269
        19 Track 19.wma|3337733
        18 Track 18.wma|3666413
        17 Track 17.wma|2901485
        16 Track 16.wma|2046917
        15 Track 15.wma|2554877
        14 Track 14.wma|2232173
        13 Track 13.wma|2178389
        12 Track 12.wma|2716229
        11 Track 11.wma|2023013
        10 Track 10.wma|2238149
        09 Track 9.wma|3068813
        08 Track 8.wma|2650493
        07 Track 7.wma|2232173
        04 Track 4.wma|2339741
        03 Track 3.wma|2279981
        02 Track 2.wma|1885565
        01 Track 1.wma|2274005
Unknown Album (9-3-2004 1-06-48 PM)
        12 Track 12.wma|3480981
        11 Track 11.wma|2980021
        10 Track 10.wma|3881373
        09 Track 9.wma|3582573
        08 Track 8.wma|4413237
        07 Track 7.wma|4263837
        06 Track 6.wma|3056685
        05 Track 5.wma|4192125
        04 Track 4.wma|3391341
        03 Track 3.wma|4551729
        02 Track 2.wma|3439149
        01 Track 1.wma|3936169
Unknown Album (9-3-2004 2-56-40 PM)
        12 Track 12.wma|3881373
        11 Track 11.wma|3271821
        10 Track 10.wma|3809661
        09 Track 9.wma|3785757
        08 Track 8.wma|3325605
        07 Track 7.wma|2112477
        06 Track 6.wma|1347549
        05 Track 5.wma|4700085
        04 Track 4.wma|3558669
        03 Track 3.wma|4198101
        02 Track 2.wma|3684165
                    Page 12
```

```
                        ShareListing
        01 Track 1.wma|3241941
Unknown Album (9-2-2004 5-08-15 PM)
        18 Track 18.wma|2596617
        15 Track 15.wma|4485033
        13 Track 13.wma|3534849
        10 Track 10.wma|4180257
        07 Track 7.wma|2172321
        06 Track 6.wma|2650401
Unknown Album (9-3-2004 1-34-56 PM)
        11 Track 11.wma|4431153
        10 Track 10.wma|3839529
        09 Track 9.wma|1957089
        08 Track 8.wma|4700073
        07 Track 7.wma|3134361
        06 Track 6.wma|4108449
        05 Track 5.wma|4729953
        04 Track 4.wma|3080577
        03 Track 3.wma|3994905
        02 Track 2.wma|4670193
        01 Track 1.wma|3876391
Unknown Album (9-3-2004 2-04-46 PM)
        09 Track 9.wma|20309361
        08 Track 8.wma|4371369
        07 Track 7.wma|4855425
        06 Track 6.wma|3976953
        05 Track 5.wma|4568577
        04 Track 4.wma|4060617
        03 Track 3.wma|4490889
        02 Track 2.wma|4712001
        01 Track 1.wma|3206049
Unknown Album (9-3-2004 2-46-40 PM)
        10 Track 10.wma|7717939
        09 Track 9.wma|3301675
        08 Track 8.wma|3797683
        07 Track 7.wma|4168195
        06 Track 6.wma|3014827
        05 Track 5.wma|4927147
        04 Track 4.wma|2578579
        03 Track 3.wma|4180147
        02 Track 2.wma|2972995
        01 Track 1.wma|3295699
Unknown Album (9-2-2004 5-38-34 PM)
        13 Track 13.wma|3014865
        12 Track 12.wma|3726009
        11 Track 11.wma|2919249
        10 Track 10.wma|4060665
        09 Track 9.wma|3439161
        08 Track 8.wma|4323609
        07 Track 7.wma|3463065
        06 Track 6.wma|3259881
        05 Track 5.wma|3259881
        04 Track 4.wma|2835585
        02 Track 2.wma|4879377
        01 Track 1.wma|3379401
Unknown Album (9-3-2004 3-48-23 PM)
        14 Track 14.wma|3427221
        13 Track 13.wma|3583665
        12 Track 12.wma|4473021
        11 Track 11.wma|4186173
        10 Track 10.wma|4825605
        09 Track 9.wma|4217235
        08 Track 8.wma|3971037
        07 Track 7.wma|4939149
                    Page 13
```

```
                         ShareListing
          06 Track 6.wma|3912359
          05 Track 5.wma|3982989
          04 Track 4.wma|3546741
          03 Track 3.wma|3905301
          02 Track 2.wma|4281789
          01 Track 1.wma|3726021
Unknown Album (9-2-2004 4-50-27 PM)
          18 Track 18.wma|2297807
          15 Track 15.wma|3116519
          11 Track 11.wma|2728079
          08 Track 8.wma|2967119
          07 Track 7.wma|4317695
Unknown Album (9-2-2004 3-54-00 PM)
          13 Track 13.wma|3971025
          12 Track 12.wma|2745945
          11 Track 11.wma|3451113
          10 Track 10.wma|6773769
          09 Track 9.wma|3373425
          08 Track 8.wma|3038769
          07 Track 7.wma|4753881
          06 Track 6.wma|7371369
          05 Track 5.wma|5363433
          04 Track 4.wma|4341537
          03 Track 3.wma|4741929
          02 Track 2.wma|4383369
          01 Track 1.wma|3600513
Unknown Album (9-3-2004 1-14-15 PM)
          11 Track 11.wma|5811611
          10 Track 10.wma|4968995
          09 Track 9.wma|9558563
          08 Track 8.wma|1251923
          07 Track 7.wma|6994859
          06 Track 6.wma|6367379
          05 Track 5.wma|5004851
          04 Track 4.wma|7263779
          03 Track 3.wma|5465003
          02 Track 2.wma|5536715
          01 Track 1.wma|3941123
Unknown Album (6-14-2004 3-34-53 PM)
          17 Track 17.wma|3785831
          13 Track 13.wma|2692223
          12 Track 12.wma|3331655
          11 Track 11.wma|4293791
          10 Track 10.wma|3983039
          09 Track 9.wma|3570695
          08 Track 8.wma|4054751
          07 Track 7.wma|4174271
          06 Track 6.wma|3247991
          05 Track 5.wma|4496975
          04 Track 4.wma|5046767
          03 Track 3.wma|2022911
          02 Track 2.wma|3708143
          01 Track 1.wma|4156343
Unknown Album (9-3-2004 12-47-52 PM)
          16 Track 16.wma|2076669
          15 Track 15.wma|4389381
          14 Track 14.wma|2871477
          13 Track 13.wma|2817693
          12 Track 12.wma|2919285
          11 Track 11.wma|4747941
          10 Track 10.wma|1622493
          09 Track 9.wma|2429253
          08 Track 8.wma|3666285
                         Page 14
```

```
                        ShareListing
        07 Track 7.wma|2734029
        06 Track 6.wma|3714093
        05 Track 5.wma|4102533
        04 Track 4.wma|4574637
        03 Track 3.wma|3247965
        02 Track 2.wma|1819701
        01 Track 1.wma|3451149
Unknown Album (9-2-2004 3-48-31 PM)
        13 Track 13.wma|11524689
        11 Track 11.wma|6062625
        10 Track 10.wma|3893337
        09 Track 9.wma|3881385
        08 Track 8.wma|4162257
        07 Track 7.wma|2536785
        05 Track 5.wma|5530761
        03 Track 3.wma|1986993
        01 Track 1.wma|4359465
Unknown Album (9-2-2004 9-20-34 PM)
        12 Track 12.wma|4652277
        11 Track 11.wma|4455069
        10 Track 10.wma|4132365
        09 Track 9.wma|4048701
        08 Track 8.wma|3893325
        07 Track 7.wma|5512821
        06 Track 6.wma|3534765
        05 Track 5.wma|4598493
        04 Track 4.wma|3409269
        03 Track 3.wma|3504885
        02 Track 2.wma|3624405
        01 Track 1.wma|4281765
Unknown Album (6-14-2004 4-40-31 PM)
        14 Track 14.wma|3457115
        12 Track 12.wma|4502915
        11 Track 11.wma|4072643
        08 Track 8.wma|3510899
        07 Track 7.wma|4036787
        06 Track 6.wma|2829635
        04 Track 4.wma|3397355
        02 Track 2.wma|6725987
Unknown Album (9-3-2004 1-47-14 PM)
        18 Track 18.wma|6050735
        17 Track 17.wma|3122495
        16 Track 16.wma|4389407
        15 Track 15.wma|3421295
        14 Track 14.wma|3283847
        13 Track 13.wma|3504959
        12 Track 12.wma|4281839
        11 Track 11.wma|2500991
        10 Track 10.wma|4592591
        09 Track 9.wma|5512895
        08 Track 8.wma|2775887
        07 Track 7.wma|3857543
        06 Track 6.wma|5190191
        05 Track 5.wma|3463127
        04 Track 4.wma|3510935
        03 Track 3.wma|3726071
        02 Track 2.wma|2459159
        01 Track 1.wma|5142383
Unknown Album (9-3-2004 1-23-37 PM)
        14 Track 14.wma|5363445
        13 Track 13.wma|3648333
        12 Track 12.wma|4012869
        11 Track 11.wma|4108485
                        Page 15
```

```
                      ShareListing
         10 Track 10.wma|4245933
         09 Track 9.wma|4401309
         08 Track 8.wma|3271845
         07 Track 7.wma|6415221
         06 Track 6.wma|3457101
         05 Track 5.wma|4437165
         04 Track 4.wma|3612477
         03 Track 3.wma|3373437
         02 Track 2.wma|2990973
         01 Track 1.wma|4323621
Unknown Album (9-3-2004 4-00-33 PM)
         14 Track 14.wma|4425213
         13 Track 13.wma|4192149
         12 Track 12.wma|4933173
         11 Track 11.wma|4688157
         10 Track 10.wma|4431189
         09 Track 9.wma|4490949
         08 Track 8.wma|4317645
         07 Track 7.wma|3977013
         06 Track 6.wma|3797733
         05 Track 5.wma|4054701
         04 Track 4.wma|5046717
         03 Track 3.wma|4640349
         02 Track 2.wma|4574613
         01 Track 1.wma|3379413
Unknown Album (9-3-2004 1-43-24 PM)
         13 Track 13.wma|2733993
         12 Track 12.wma|9474921
         11 Track 11.wma|3851505
         10 Track 10.wma|2656305
         09 Track 9.wma|4030785
         08 Track 8.wma|3779793
         07 Track 7.wma|3606489
         06 Track 6.wma|4580577
         05 Track 5.wma|3797721
         04 Track 4.wma|4897305
         03 Track 3.wma|3953097
         02 Track 2.wma|4024809
         01 Track 1.wma|4526793
Unknown Album (9-2-2004 5-32-15 PM)
         11 Track 11.wma|4837521
         10 Track 10.wma|4443105
         09 Track 9.wma|4807641
         08 Track 8.wma|4413225
         07 Track 7.wma|4221993
         06 Track 6.wma|4048689
         05 Track 5.wma|4974969
         04 Track 4.wma|5853441
         03 Track 3.wma|4371393
         01 Track 1.wma|3355473
Unknown Album (9-2-2004 11-15-38 PM)
         13 Track 13.wma|3373425
         12 Track 12.wma|3642345
         11 Track 11.wma|2751921
         10 Track 10.wma|3731985
         09 Track 9.wma|3815649
         08 Track 8.wma|3779793
         07 Track 7.wma|2990961
         06 Track 6.wma|3259881
         05 Track 5.wma|3911265
         04 Track 4.wma|4299705
         03 Track 3.wma|3235977
         02 Track 2.wma|4389345
                      Page 16
```

```
                    ShareListing
        01 Track 1.wma|3809673
Unknown Album (9-2-2004 11-12-58 PM)
        18 Track 18.wma|3516907
        17 Track 17.wma|2530867
        16 Track 16.wma|3152371
        15 Track 15.wma|1156387
        14 Track 14.wma|2064739
        13 Track 13.wma|2698195
        12 Track 12.wma|3343603
        11 Track 11.wma|2172307
        10 Track 10.wma|3702163
        09 Track 9.wma|3002971
        08 Track 8.wma|2321707
        07 Track 7.wma|2405371
        06 Track 6.wma|2142427
        05 Track 5.wma|2979067
        04 Track 4.wma|3218107
        03 Track 3.wma|2172307
        02 Track 2.wma|2805763
        01 Track 1.wma|2763931
Unknown Album (6-14-2004 4-34-12 PM)
        16 Track 16.wma|1855577
        14 Track 14.wma|4150361
        11 Track 11.wma|4496969
        10 Track 10.wma|3809729
        09 Track 9.wma|4156337
        08 Track 8.wma|2590625
        07 Track 7.wma|3230057
        04 Track 4.wma|3164321
        01 Track 1.wma|15929057
Unknown Album (6-14-2004 4-10-35 PM)
        14 Track 14.wma|3498931
        13 Track 13.wma|3206107
        12 Track 12.wma|2411299
        11 Track 11.wma|3170251
        10 Track 10.wma|2339587
        09 Track 9.wma|2943163
        08 Track 8.wma|2106523
        07 Track 7.wma|3104515
        06 Track 6.wma|2566675
        05 Track 5.wma|2817667
        04 Track 4.wma|3140371
        03 Track 3.wma|2572651
        02 Track 2.wma|2979019
        01 Track 1.wma|3433195
Unknown Album (9-3-2004 3-51-26 PM)
        10 Track 10.wma|6785687
        09 Track 9.wma|4443095
        08 Track 8.wma|4998863
        07 Track 7.wma|3409247
        06 Track 6.wma|5100455
        05 Track 5.wma|3588527
        04 Track 4.wma|5739887
        03 Track 3.wma|5662199
        02 Track 2.wma|4604447
        01 Track 1.wma|4066607
Unknown Album (6-14-2004 3-28-30 PM)
        16 Track 16.wma|4795751
        14 Track 14.wma|5763863
        13 Track 13.wma|2255951
        11 Track 11.wma|4610495
        10 Track 10.wma|3959111
        09 Track 9.wma|3755927
                    Page 17
```

```
                    ShareListing
         08 Track 8.wma|4000943
         05 Track 5.wma|3313703
         03 Track 3.wma|4556711
         02 Track 2.wma|2022887
         01 Track 1.wma|4867463
Unknown Album (9-2-2004 10-06-26 PM)
         24 Track 24.wma|1849689
         23 Track 23.wma|2082753
         20 Track 20.wma|3636513
         19 Track 19.wma|2022993
         18 Track 18.wma|3953241
         12 Track 12.wma|1485153
         11 Track 11.wma|4007025
         10 Track 10.wma|4801833
         09 Track 9.wma|2692305
         08 Track 8.wma|4694265
         07 Track 7.wma|2758041
         06 Track 6.wma|2632545
         04 Track 4.wma|3128553
         03 Track 3.wma|2674377
         02 Track 2.wma|3851649
         01 Track 1.wma|2608641
Unknown Album (9-2-2004 10-53-20 PM)
         03 Track 3.wma|3176097
         02 Track 2.wma|3200001
         01 Track 1.wma|3462945
Unknown Album (9-3-2004 2-22-32 PM)
         14 Track 14.wma|5112453
         13 Track 13.wma|4233981
         12 Track 12.wma|4801701
         11 Track 11.wma|4335573
         10 Track 10.wma|3014877
         09 Track 9.wma|3755901
         08 Track 8.wma|2907309
         07 Track 7.wma|4795725
         06 Track 6.wma|4084581
         05 Track 5.wma|3068661
         04 Track 4.wma|4395333
         03 Track 3.wma|4329597
         02 Track 2.wma|3684189
         01 Track 1.wma|3235989
Unknown Album (9-3-2004 1-57-28 PM)
         11 Track 11.wma|6486895
         10 Track 10.wma|3140335
         09 Track 9.wma|3594511
         08 Track 8.wma|4777759
         07 Track 7.wma|4574575
         06 Track 6.wma|3976975
         05 Track 5.wma|6050647
         04 Track 4.wma|3170215
         03 Track 3.wma|3289735
         02 Track 2.wma|3725983
         01 Track 1.wma|3773791
Unknown Album (9-2-2004 10-31-49 PM)
         12 Track 12.wma|3026805
         11 Track 11.wma|3917229
         10 Track 10.wma|2841549
         09 Track 9.wma|3594525
         08 Track 8.wma|2351517
         07 Track 7.wma|2943141
         06 Track 6.wma|3200109
         05 Track 5.wma|1562685
         04 Track 4.wma|4030773
                    Page 18
```

```
                        ShareListing
        03 Track 3.wma|3773805
        02 Track 2.wma|2590557
        01 Track 1.wma|4700085
Unknown Album (9-2-2004 11-01-44 PM)
        13 Track 13.wma|2130417
        12 Track 12.wma|3720033
        11 Track 11.wma|3480993
        10 Track 10.wma|3714057
        09 Track 9.wma|2949129
        08 Track 8.wma|2345553
        07 Track 7.wma|2184201
        06 Track 6.wma|2996937
        05 Track 5.wma|3857481
        04 Track 4.wma|5309649
        03 Track 3.wma|4299705
        02 Track 2.wma|3929193
        01 Track 1.wma|3032793
Unknown Album (9-2-2004 4-07-34 PM)
        15 Track 15.wma|2979031
        11 Track 11.wma|2214103
        10 Track 10.wma|2477047
        09 Track 9.wma|3923239
        08 Track 8.wma|2829631
        06 Track 6.wma|3373447
        05 Track 5.wma|3887383
        04 Track 4.wma|3540775
        01 Track 1.wma|2632423
Unknown Album (6-14-2004 2-08-12 PM)
        16 Track 16.wma|3492983
        15 Track 15.wma|3815687
        14 Track 14.wma|4204127
        13 Track 13.wma|4496951
        11 Track 11.wma|3487007
        10 Track 10.wma|4150343
        09 Track 9.wma|5315663
        08 Track 8.wma|3708119
        07 Track 7.wma|2477063
        06 Track 6.wma|3313703
        03 Track 3.wma|4849535
        02 Track 2.wma|3666287
        01 Track 1.wma|3612503
Unknown Album (9-2-2004 9-27-14 PM)
        12 Track 12.wma|737997
        11 Track 11.wma|6349461
        10 Track 10.wma|4293717
        09 Track 9.wma|3881373
        08 Track 8.wma|4186149
        07 Track 7.wma|4138341
        06 Track 6.wma|5530749
        05 Track 5.wma|5261829
        04 Track 4.wma|4257861
        03 Track 3.wma|3283773
        02 Track 2.wma|4759845
        01 Track 1.wma|4496901
Unknown Album (9-2-2004 11-25-53 PM)
        11 Track 11.wma|2034779
        10 Track 10.wma|3953075
        09 Track 9.wma|4138331
        08 Track 8.wma|5052659
        07 Track 7.wma|4120403
        06 Track 6.wma|2931179
        05 Track 5.wma|2662259
        04 Track 4.wma|1449131
```

```
                      ShareListing
       03 Track 3.wma|3247907
       02 Track 2.wma|5375363
       01 Track 1.wma|6899243
Unknown Album (9-2-2004 10-38-06 PM)
       18 Track 18.wma|5070671
       17 Track 17.wma|2763935
       16 Track 16.wma|4078655
       15 Track 15.wma|1634471
       14 Track 14.wma|3684239
       13 Track 13.wma|2417327
       12 Track 12.wma|3439223
       11 Track 11.wma|5411303
       10 Track 10.wma|4150367
       09 Track 9.wma|5136407
       08 Track 8.wma|4180247
       07 Track 7.wma|4180247
       06 Track 6.wma|3463127
       05 Track 5.wma|4042799
       04 Track 4.wma|5202143
       03 Track 3.wma|2351591
       02 Track 2.wma|5584607
       01 Track 1.wma|4168295
Unknown Album (9-3-2004 12-40-05 PM)
       25 Track 25.wma|15164185
       24 Track 24.wma|4544833
       23 Track 23.wma|5775889
       22 Track 22.wma|4210177
       21 Track 21.wma|4455193
       20 Track 20.wma|4718137
       19 Track 19.wma|4126513
       18 Track 18.wma|3875521
       17 Track 17.wma|3809785
       16 Track 16.wma|4652401
       15 Track 15.wma|3696241
       14 Track 14.wma|4180297
       13 Track 13.wma|4395433
Unknown Album (6-14-2004 2-19-04 PM)
       16 Track 16.wma|3343583
       15 Track 15.wma|4915271
       14 Track 14.wma|3367487
       13 Track 13.wma|4126439
       12 Track 12.wma|3612503
       11 Track 11.wma|5698127
       10 Track 10.wma|3218087
       09 Track 9.wma|4353527
       08 Track 8.wma|4012895
       07 Track 7.wma|3959111
       06 Track 6.wma|4735991
       05 Track 5.wma|2632439
       04 Track 4.wma|4479023
       02 Track 2.wma|3743975
       01 Track 1.wma|4084607
Unknown Album (9-3-2004 2-28-15 PM)
       15 Track 15.wma|13323491
       14 Track 14.wma|3869459
       13 Track 13.wma|6439139
       12 Track 12.wma|1395395
       11 Track 11.wma|9606419
       10 Track 10.wma|2220083
       09 Track 9.wma|5220035
       08 Track 8.wma|911339
       07 Track 7.wma|4407299
       06 Track 6.wma|1825667
```

```
                        ShareListing
        05 Track 5.wma|5865443
        04 Track 4.wma|648395
        03 Track 3.wma|5931179
        02 Track 2.wma|8202059
        01 Track 1.wma|5010875
Unknown Album (9-3-2004 12-50-37 PM)
        17 Track 17.wma|4783809
        16 Track 16.wma|2172297
        15 Track 15.wma|2901369
        14 Track 14.wma|1998993
        13 Track 13.wma|3397377
        12 Track 12.wma|2196201
        11 Track 11.wma|3176265
        10 Track 10.wma|2566713
        09 Track 9.wma|3277857
        08 Track 8.wma|2082657
        07 Track 7.wma|2381457
        06 Track 6.wma|4054737
        05 Track 5.wma|2106561
        04 Track 4.wma|3379449
        03 Track 3.wma|1921305
        02 Track 2.wma|2303769
        01 Track 1.wma|5094561
Unknown Album (9-3-2004 3-45-40 PM)
        11 Track 11.wma|3158263
        10 Track 10.wma|3343519
        09 Track 9.wma|2859463
        08 Track 8.wma|3678175
        07 Track 7.wma|3182167
        06 Track 6.wma|3098503
        05 Track 5.wma|3014839
        04 Track 4.wma|3839527
        03 Track 3.wma|2542735
        02 Track 2.wma|3427183
        01 Track 1.wma|2506879
Unknown Album (6-14-2004 2-35-37 PM)
        16 Track 16.wma|2799767
        15 Track 15.wma|2674271
        11 Track 11.wma|2524871
        10 Track 10.wma|4090583
        09 Track 9.wma|1819703
        04 Track 4.wma|2925263
        03 Track 3.wma|5339567
        02 Track 2.wma|2680247
        01 Track 1.wma|3397367
Unknown Album (6-14-2004 3-21-33 PM)
        18 Track 18.wma|3170303
        17 Track 17.wma|3845591
        15 Track 15.wma|2590631
        14 Track 14.wma|2554775
        13 Track 13.wma|2226095
        12 Track 12.wma|3116519
        11 Track 11.wma|4837607
        10 Track 10.wma|3714119
        09 Track 9.wma|4120487
        08 Track 8.wma|3152375
        07 Track 7.wma|2351591
        06 Track 6.wma|3086639
        04 Track 4.wma|3869495
        03 Track 3.wma|3510935
        02 Track 2.wma|3738023
Unknown Album (9-3-2004 2-01-49 PM)
        13 Track 13.wma|3528801
```

```
                    ShareListing
         12 Track 12.wma|3809673
         11 Track 11.wma|4706073
         10 Track 10.wma|3331593
         09 Track 9.wma|4443129
         08 Track 8.wma|3857481
         07 Track 7.wma|4156281
         06 Track 6.wma|2716065
         05 Track 5.wma|3504897
         04 Track 4.wma|4281777
         03 Track 3.wma|3923217
         02 Track 2.wma|3265857
         01 Track 1.wma|3761865
Unknown Album (6-14-2004 4-54-04 PM)
         13 Track 13.wma|3200119
         12 Track 12.wma|4084567
         11 Track 11.wma|4849495
         09 Track 9.wma|3122431
         08 Track 8.wma|4831567
         07 Track 7.wma|2040775
         06 Track 6.wma|1825639
         05 Track 5.wma|1939183
         04 Track 4.wma|3516847
         02 Track 2.wma|3319639
         01 Track 1.wma|2447143
Unknown Album (9-3-2004 3-37-46 PM)
         16 Track 16.wma|3510907
         15 Track 15.wma|3241987
         14 Track 14.wma|2542795
         13 Track 13.wma|3259915
         12 Track 12.wma|2160331
         11 Track 11.wma|3140395
         10 Track 10.wma|2052763
         09 Track 9.wma|761947
         08 Track 8.wma|3056731
         07 Track 7.wma|4036795
         06 Track 6.wma|3200155
         05 Track 5.wma|2441203
         04 Track 4.wma|2190211
         03 Track 3.wma|1909339
         02 Track 2.wma|2500963
         01 Track 1.wma|2339611
Unknown Album (9-2-2004 10-59-26 PM)
         12 Track 12.wma|4251883
         11 Track 11.wma|3576595
         10 Track 10.wma|3224011
         09 Track 9.wma|2895331
         08 Track 8.wma|3457075
         07 Track 7.wma|4329571
         06 Track 6.wma|2853499
         05 Track 5.wma|3182179
         04 Track 4.wma|3194131
         03 Track 3.wma|3337555
         02 Track 2.wma|3851491
         01 Track 1.wma|3618427
Unknown Album (9-3-2004 3-57-33 PM)
         11 Track 11.wma|4963017
         10 Track 10.wma|3642321
         09 Track 9.wma|3761841
         08 Track 8.wma|2955081
         07 Track 7.wma|4335537
```

```
                    ShareListing
        12 Track 12.wma|3809673
        11 Track 11.wma|4706073
        10 Track 10.wma|3331593
        09 Track 9.wma|4443129
        08 Track 8.wma|3857481
        07 Track 7.wma|4156281
        06 Track 6.wma|2716065
        05 Track 5.wma|3504897
        04 Track 4.wma|4281777
        03 Track 3.wma|3923217
        02 Track 2.wma|3265857
        01 Track 1.wma|3761865
Unknown Album (6-14-2004 4-54-04 PM)
        13 Track 13.wma|3200119
        12 Track 12.wma|4084567
        11 Track 11.wma|4849495
        09 Track 9.wma|3122431
        08 Track 8.wma|4831567
        07 Track 7.wma|2040775
        06 Track 6.wma|1825639
        05 Track 5.wma|1939183
        04 Track 4.wma|3516847
        02 Track 2.wma|3319639
        01 Track 1.wma|2447143
Unknown Album (9-3-2004 3-37-46 PM)
        16 Track 16.wma|3510907
        15 Track 15.wma|3241987
        14 Track 14.wma|2542795
        13 Track 13.wma|3259915
        12 Track 12.wma|2160331
        11 Track 11.wma|3140395
        10 Track 10.wma|2052763
        09 Track 9.wma|761947
        08 Track 8.wma|3056731
        07 Track 7.wma|4036795
        06 Track 6.wma|3200155
        05 Track 5.wma|2441203
        04 Track 4.wma|2190211
        03 Track 3.wma|1909339
        02 Track 2.wma|2500963
        01 Track 1.wma|2339611
Unknown Album (9-2-2004 10-59-26 PM)
        12 Track 12.wma|4251883
        11 Track 11.wma|3576595
        10 Track 10.wma|3224011
        09 Track 9.wma|2895331
        08 Track 8.wma|3457075
        07 Track 7.wma|4329571
        06 Track 6.wma|2853499
        05 Track 5.wma|3182179
        04 Track 4.wma|3194131
        03 Track 3.wma|3337555
        02 Track 2.wma|3851491
        01 Track 1.wma|3618427
Unknown Album (9-3-2004 3-57-33 PM)
        11 Track 11.wma|4963017
        10 Track 10.wma|3642321
        09 Track 9.wma|3761841
        08 Track 8.wma|2955081
        07 Track 7.wma|4335537
        06 Track 6.wma|3498897
        05 Track 5.wma|4144305
        04 Track 4.wma|4245897
```

```
                        ShareListing
        03 Track 3.wma|4646289
        02 Track 2.wma|3947097
        01 Track 1.wma|4150281
Unknown Album (9-2-2004 6-09-08 PM)
        14 Track 14.wma|2483009
        13 Track 13.wma|1819673
        12 Track 12.wma|2016881
        11 Track 11.wma|1927241
        10 Track 10.wma|2548745
        09 Track 9.wma|2028833
        07 Track 7.wma|1992977
        06 Track 6.wma|2381417
        05 Track 5.wma|2381417
        04 Track 4.wma|2363489
        03 Track 3.wma|2865473
        02 Track 2.wma|1777841
        01 Track 1.wma|2835593
Unknown Album (9-2-2004 10-02-10 PM)
        14 Track 14.wma|6893301
        13 Track 13.wma|4365453
        12 Track 12.wma|3612477
        11 Track 11.wma|4777797
        10 Track 10.wma|7239909
        09 Track 9.wma|4437165
        08 Track 8.wma|7897269
        07 Track 7.wma|4712061
        06 Track 6.wma|4359477
        05 Track 5.wma|3600525
        04 Track 4.wma|5447109
        03 Track 3.wma|3720045
        02 Track 2.wma|4461069
        01 Track 1.wma|4401309
Unknown Album (6-14-2004 2-50-19 PM)
        15 Track 15.wma|2973069
        14 Track 14.wma|4921245
        13 Track 13.wma|4747941
        11 Track 11.wma|4222053
        10 Track 10.wma|4550733
        09 Track 9.wma|3582621
        08 Track 8.wma|3720069
        06 Track 6.wma|5763861
        04 Track 4.wma|3893373
        02 Track 2.wma|3080637
        01 Track 1.wma|2471085
Unknown Album (9-2-2004 11-23-15 PM)
        12 Track 12.wma|4980957
        11 Track 11.wma|3558669
        10 Track 10.wma|487005
        09 Track 9.wma|4556661
        08 Track 8.wma|1419261
        07 Track 7.wma|4640325
        06 Track 6.wma|2088573
        05 Track 5.wma|3451101
        04 Track 4.wma|5082549
        03 Track 3.wma|4096509
        02 Track 2.wma|4239933
        01 Track 1.wma|3863445
Unknown Album (6-14-2004 3-58-13 PM)
        12 Track 12.wma|3104543
        07 Track 7.wma|4317671
        04 Track 4.wma|3773855
        02 Track 2.wma|3540791
Unknown Album (9-2-2004 4-59-28 PM)
```

```
                      ShareListing
         13 Track 13.wma|5154285
         09 Track 9.wma|4323621
         07 Track 7.wma|2160309
         06 Track 6.wma|3421245
         05 Track 5.wma|4670229
         04 Track 4.wma|3504909
         02 Track 2.wma|3929205
         01 Track 1.wma|3463077
Unknown Album (9-3-2004 12-54-05 PM)
         12 Track 12.wma|3104491
         11 Track 11.wma|2542747
         10 Track 10.wma|3152299
         09 Track 9.wma|2996923
         08 Track 8.wma|3498907
         07 Track 7.wma|3080587
         06 Track 6.wma|2984971
         05 Track 5.wma|3386417
         04 Track 4.wma|3241939
         03 Track 3.wma|3283771
         02 Track 2.wma|2524819
         01 Track 1.wma|2996923
Unknown Album (9-2-2004 6-23-35 PM)
         15 Track 15.wma|6206069
         11 Track 11.wma|3295757
         10 Track 10.wma|2913293
         09 Track 9.wma|2674253
         07 Track 7.wma|2238005
         06 Track 6.wma|3361493
         05 Track 5.wma|2106533
         04 Track 4.wma|2883413
         02 Track 2.wma|3092573
Unknown Album (9-2-2004 10-43-25 PM)
         16 Track 16.wma|3714091
         15 Track 15.wma|2387419
         14 Track 14.wma|3134419
         13 Track 13.wma|2566699
         12 Track 12.wma|2596579
         11 Track 11.wma|2859523
         10 Track 10.wma|4508899
         09 Track 9.wma|2381443
         08 Track 8.wma|2626459
         07 Track 7.wma|2273875
         06 Track 6.wma|2530843
         05 Track 5.wma|2345587
         04 Track 4.wma|2494987
         03 Track 3.wma|2261923
         02 Track 2.wma|2327659
         01 Track 1.wma|2214115
Unknown Album (9-3-2004 1-38-07 PM)
         12 Track 12.wma|5225975
         11 Track 11.wma|4180175
         10 Track 10.wma|3684167
         09 Track 9.wma|4610447
         08 Track 8.wma|3720023
         07 Track 7.wma|1903319
         06 Track 6.wma|4233959
         05 Track 5.wma|4819607
         04 Track 4.wma|4281767
         03 Track 3.wma|4311647
         02 Track 2.wma|6176159
         01 Track 1.wma|4592519
Unknown Album (9-3-2004 1-11-09 PM)
         14 Track 14.wma|6056661
                      Page 24
```

```
                        ShareListing
        13 Track 13.wma|3851517
        12 Track 12.wma|6678165
        11 Track 11.wma|4765845
        10 Track 10.wma|3301725
        09 Track 9.wma|1586613
        08 Track 8.wma|5530773
        07 Track 7.wma|5369421
        06 Track 6.wma|4813653
        05 Track 5.wma|6038733
        04 Track 4.wma|2913285
        03 Track 3.wma|3809685
        02 Track 2.wma|4293741
        01 Track 1.wma|4389357
Unknown Album (9-2-2004 11-18-52 PM)
        11 Track 11.wma|4616405
        10 Track 10.wma|1783781
        09 Track 9.wma|3355469
        08 Track 8.wma|2172221
        07 Track 7.wma|3295709
        06 Track 6.wma|1951109
        05 Track 5.wma|3277781
        04 Track 4.wma|2889341
        03 Track 3.wma|2285765
        02 Track 2.wma|2536757
        01 Track 1.wma|2799701
Unknown Album (9-3-2004 1-27-06 PM)
        13 Track 13.wma|4132377
        12 Track 12.wma|6200073
        11 Track 11.wma|5106465
        10 Track 10.wma|3714057
        09 Track 9.wma|3080601
        08 Track 8.wma|4287753
        07 Track 7.wma|4341537
        06 Track 6.wma|5064633
        05 Track 5.wma|2901321
        04 Track 4.wma|3325617
        03 Track 3.wma|4018833
        02 Track 2.wma|3660273
        01 Track 1.wma|3785769
Unknown Album (6-14-2004 3-01-24 PM)
        18 Track 18.wma|2787851
        17 Track 17.wma|4502963
        16 Track 16.wma|4945187
        15 Track 15.wma|4759931
        13 Track 13.wma|2799803
        11 Track 11.wma|2925299
        10 Track 10.wma|3708155
        09 Track 9.wma|4461131
        06 Track 6.wma|3427283
        05 Track 5.wma|3295811
        04 Track 4.wma|4096595
        02 Track 2.wma|4771883
        01 Track 1.wma|3749987
Unknown Album (9-2-2004 6-15-10 PM)
        14 Track 14.wma|2237993
        13 Track 13.wma|2321657
        12 Track 12.wma|2208113
        11 Track 11.wma|2387393
        10 Track 10.wma|2387393
        09 Track 9.wma|2483009
        08 Track 8.wma|2751929
        07 Track 7.wma|2620457
        06 Track 6.wma|2638385
                        Page 25
```

```
                       ShareListing
         05 Track 5.wma|2249945
         04 Track 4.wma|2650337
         03 Track 3.wma|3265865
         02 Track 2.wma|2022857
         01 Track 1.wma|2423249
Unknown Album (6-14-2004 3-51-34 PM)
         16 Track 16.wma|4150341
         15 Track 15.wma|9289701
         10 Track 10.wma|5435181
         09 Track 9.wma|4305717
         08 Track 8.wma|4251933
         07 Track 7.wma|3385413
         05 Track 5.wma|6469029
         04 Track 4.wma|3845565
         03 Track 3.wma|3403341
         02 Track 2.wma|2943189
Unknown Album (9-2-2004 10-35-36 PM)
         13 Track 13.wma|7861399
         12 Track 12.wma|4150303
         11 Track 11.wma|3678199
         10 Track 10.wma|3421231
         09 Track 9.wma|3469039
         08 Track 8.wma|3032791
         07 Track 7.wma|3367447
         06 Track 6.wma|3731983
         05 Track 5.wma|3839551
         04 Track 4.wma|3116455
         03 Track 3.wma|582631
         02 Track 2.wma|3247927
         01 Track 1.wma|3779791
Unknown Album (9-2-2004 9-30-45 PM)
         11 Track 11.wma|3558657
         10 Track 10.wma|3038745
         09 Track 9.wma|3839529
         08 Track 8.wma|3295713
         07 Track 7.wma|3546705
         06 Track 6.wma|1473033
         05 Track 5.wma|2895321
         04 Track 4.wma|3289737
         03 Track 3.wma|3020817
         02 Track 2.wma|3827577
         01 Track 1.wma|3971001
Unknown Album (6-14-2004 3-16-06 PM)
         11 Track 11.wma|4676191
         10 Track 10.wma|4741927
         09 Track 9.wma|3558679
         07 Track 7.wma|4192135
         05 Track 5.wma|2506903
         03 Track 3.wma|3797719
         02 Track 2.wma|3737959
         01 Track 1.wma|2118463
Unknown Album (6-14-2004 2-27-35 PM)
         21 Track 21.wma|1963185
         19 Track 19.wma|3965145
         18 Track 18.wma|3714153
         17 Track 17.wma|1186305
         16 Track 16.wma|3552801
         15 Track 15.wma|4341633
         12 Track 12.wma|3032889
         11 Track 11.wma|3451209
         10 Track 10.wma|2178321
         09 Track 9.wma|3182289
         08 Track 8.wma|2847633
                       Page 26
```

```
                    ShareListing
        07 Track 7.wma|3761961
        06 Track 6.wma|2411385
        05 Track 5.wma|4335657
        04 Track 4.wma|4329681
        03 Track 3.wma|2250033
        01 Track 1.wma|2608593
Unknown Album (9-3-2004 2-39-17 PM)
        13 Track 13.wma|1855533
        11 Track 11.wma|3313677
        10 Track 10.wma|7210029
        09 Track 9.wma|5327589
        07 Track 7.wma|3761877
        06 Track 6.wma|4604493
        05 Track 5.wma|3427221
        04 Track 4.wma|6504861
        03 Track 3.wma|4198125
Unknown Album (9-3-2004 2-07-24 PM)
        12 Track 12.wma|5040717
        11 Track 11.wma|4293717
        10 Track 10.wma|4239933
        09 Track 9.wma|3235965
        08 Track 8.wma|3397317
        07 Track 7.wma|3206085
        06 Track 6.wma|3839541
        05 Track 5.wma|3941133
        04 Track 4.wma|3923205
        03 Track 3.wma|3594525
        02 Track 2.wma|3833565
        01 Track 1.wma|3851493
Unknown Album (9-2-2004 5-46-07 PM)
        15 Track 15.wma|4538765
        14 Track 14.wma|4263869
        13 Track 13.wma|2919269
        12 Track 12.wma|3116477
        11 Track 11.wma|3552725
        10 Track 10.wma|3451133
        09 Track 9.wma|3666269
        08 Track 8.wma|3971045
        07 Track 7.wma|2393381
        06 Track 6.wma|3815669
        05 Track 5.wma|2967077
        04 Track 4.wma|2136413
        03 Track 3.wma|2411309
        02 Track 2.wma|1688213
        01 Track 1.wma|2990981
Unknown Album (6-14-2004 4-26-52 PM)
        16 Track 16.wma|2351603
        14 Track 14.wma|2931275
        13 Track 13.wma|3020915
        12 Track 12.wma|2267939
        10 Track 10.wma|3522899
        08 Track 8.wma|2919323
        04 Track 4.wma|2811755
Unknown Album (9-2-2004 10-47-29 PM)
        16 Track 16.wma|8530749
        15 Track 15.wma|5387373
        14 Track 14.wma|2435229
        13 Track 13.wma|3403341
        12 Track 12.wma|4204125
        10 Track 10.wma|2698173
        09 Track 9.wma|2937213
        08 Track 8.wma|2919285
        07 Track 7.wma|3212109
                    Page 27
```

```
                    ShareListing
        06 Track 6.wma|2668293
        05 Track 5.wma|4658301
        04 Track 4.wma|3797757
        03 Track 3.wma|2919285
        02 Track 2.wma|4490973
        01 Track 1.wma|2064717
Unknown Album (6-14-2004 4-47-44 PM)
        10 Track 10.wma|3068671
        08 Track 8.wma|3337591
        07 Track 7.wma|4012879
        06 Track 6.wma|5237959
        05 Track 5.wma|3433207
        04 Track 4.wma|3283807
        03 Track 3.wma|2763895
        01 Track 1.wma|4502911
Unknown Album (6-14-2004 4-04-04 PM)
        15 Track 15.wma|2530845
        14 Track 14.wma|2728053
        13 Track 13.wma|2662317
        12 Track 12.wma|2291805
        11 Track 11.wma|2243997
        10 Track 10.wma|2692197
        09 Track 9.wma|2781837
        08 Track 8.wma|3301749
        07 Track 7.wma|2429253
        06 Track 6.wma|4198149
        04 Track 4.wma|2471085
        02 Track 2.wma|3994965
Unknown Album (9-3-2004 2-32-47 PM)
        12 Track 12.wma|4598493
        11 Track 11.wma|4012845
        10 Track 10.wma|5160237
        09 Track 9.wma|4180173
        08 Track 8.wma|3588549
        07 Track 7.wma|6146277
        06 Track 6.wma|4012845
        05 Track 5.wma|4317621
        04 Track 4.wma|3845517
        03 Track 3.wma|4490925
        02 Track 2.wma|3988941
        01 Track 1.wma|4084557
Unknown Album (9-2-2004 9-05-45 PM)
        17 Track 17.wma|2608543
        16 Track 16.wma|2399383
        14 Track 14.wma|2955151
        13 Track 13.wma|4126447
        12 Track 12.wma|4120471
        11 Track 11.wma|2190223
        10 Track 10.wma|4066687
        09 Track 9.wma|2680255
        08 Track 8.wma|2166319
        07 Track 7.wma|4275847
        06 Track 6.wma|1162351
        05 Track 5.wma|3630439
        04 Track 4.wma|2273887
        03 Track 3.wma|2124487
        02 Track 2.wma|2823679
        01 Track 1.wma|3038815
Unknown Album (9 5 2003 8 07 12 PM)
        Stellar.wma|1656619
        Slow.wma|2152003
        Iris.wma|2398193
        All I Need Is A Miracle.wma|2058949
                    Page 28
```

```
                                ShareListing
Other
        Clay Aiken - NO ITS NOT - Set_Me_Free.mp3|3559596
Dear Abbeys
        The Dear Abbeys
                  Triad
                           Desktop.ini|230
                           11 Lady in Red.wma|1944669
                           10 The Longest Time.wma|1725533
                           09.wma|2265859
                           08.wma|1755519
                           07 All For You.wma|1806577
                           06.wma|1677467
                           05.wma|2028701
                           04.wma|1593411
                           03.wma|1812557
                           02 Barely Breathing.wma|1983705
                           01.wma|1329235
                  Dear Abbeys
                           Abbs of Steel
                           Desktop.ini|237
                  Desktop.ini|231
        New Folder
                  14 Ave Maria.wma|4622579
                  13 The Way You Make Me Feel.wma|3379609
                  12 Cartoon Medley.wma|4664411
                  11 Wonderful Tonight.wma|4431365
                  10 Since You've Been Gone.wma|1329845
                  09 Hungry Like the Wolf.wma|3027009
                  08 Jesse's Girl.wma|4007067
                  07 Kate.wma|3176373
                  06 Father Figure.wma|4544905
                  05 Inside Out.wma|3295897
                  04 Do You Believe in Love-.wma|3588759
                  03 Sir Duke.wma|3230173
                  02 Get Out of My Dreams.wma|4473201
                  01 The Abbeys' Anthem.wma|2955283
        Abbs of Steel
                  Desktop.ini|236
                  14 Somebody to Love.wma|2680287
                  13 Shenandoah.wma|1272585
                  12 Chrissy Reid.wma|1971807
                  11 Centerfold.wma|1662597
                  10 Running to Stand Still.wma|2046877
                  09 Melanie.wma|1782671
                  08 Take On Me.wma|1509495
                  07 I'd Die Without You.wma|1563549
                  06 House of Blue Lights.wma|942137
                  05 Back Again.wma|764999
                  04 Sleeping With the Television On.wma|1239357
                  03 Every Breath You Take.wma|1770691
                  02 Drive By.wma|2004821
                  01 Get Ready.wma|1782675
License Backup
Teitur
        11 - To Meet You.mp3|4491768
        10 - Shade Of A Shadow.mp3|4365857
        09 - Amanda's Dream.mp3|5079000
        08 - Let's Go Dancing.mp3|3195572
        07 - Rough Around The Edges.mp3|4618200
        06 - One And Only.mp3|3488666
        05 - Josephine.mp3|3488666
        04 - Poetry & Aeroplanes.mp3|4324584
        03 - You're The Ocean.mp3|4618200
                           Page 29
```

```
                          ShareListing
         02 - I Was Just Thinking.mp3|4283833
         01 - Sleeping With The Lights On.mp3|4451017
    music
         The Shins-Chutes Too Narrow-09 - Gone For Good .mp3|3129556
         The Shins-Chutes Too Narrow-07 - Pink Bullets .mp3|3766943
         The Shins-Chutes Too Narrow-05 - Saint Simon .mp3|4281033
         The Shins-Chutes Too Narrow-02 - Mine's Not A High Horse
.mp3|3236971
         The Shins - Weird Divide.MP3|4730880
         The Shins - The Celibate Life.MP3|4425728
         The Shins - Pressed In a Book.MP3|7016448
         The Shins - Oh, Inverted World[11] - The Past and
Pending.mp3|7584521
         The Shins - Oh, Inverted World[09] - Your Algebra.mp3|3528193
         The Shins - Chutes Too Narrow - 08 - Turn a Square.mp3|4530166
         The Shins - Chutes Too Narrow - 06 - Fighting in a Sack.mp3|3555665
         The Shins - 08 -Girl On The Wing.mp3|4083712
         The Postal Service - We Will Become Silhouettes.mp3|7294350
         The Postal Service - There's Never Enough Time.mp3|5116064
         The Postal Service - The Dream Of Evan And Chan.mp3|6893532
         The Postal Service - Recycled Air.mp3|6548293
         The Postal Service - Nothing Better.mp3|5542897
         Switchfoot  - Meant To Live.MP3|4949163
         remy zero - the golden hum - the golden hum.mp3|2593079
         remy zero - the golden hum - belong.mp3|3691476
         Remy Zero - Save Me (Smallville Theme).mp3|4225194
         Postal Service - The District Sleeps Alone Tonight.mp3|4563951
         Perfect Memory.mp3|2350245
         Pearl Jam - Better Man.mp3|4306122
         Oasis - Don't Look Back In Anger.mp3|11526144
         Oasis - Don't Go Away.mp3|4619250
         Lit - My Own Worst Enemy.mp3|2713357
         Life In Rain.mp3|3025353
         Jeff Buckley - Hallelujah.mp3|6621829
         iron and wine - naked as we came.mp3|3056042
         Iron and Wine - Free Until They Cut Me Down.mp3|7101589
         Iron And Wine - 12 - Passing Afternoon.mp3|6027259
         Impossibility.mp3|2973003
         I'm not Afraid.mp3|3903067
         Harvey Danger - Flagpole Sitta.mp3|3456328
         Freaky Friday Soundtrack.asx|27474
         Dane Cook - The BK Lounge.mp3|3367905
         Cruel Intentions Soundtrack - 03 - Coffee and TV - Blur.mp3|5068557
         Counting Crows - I Am Ready For Love(Cruel Intentions
Soundtrack).mp3|3308692
         Counting Crows - Colorblind (Acoustic from Cruel
Intentions).mp3|2465193
         Colin James Hay -- Overkill (acoustic).mp3|3649336
         Colin Hay - Waiting For My Real Life To Begin.mp3|5544288
         Colin Hay - Overkill.mp3|2781517
         Colin Hay - Into My Life.mp3|4180846
         colin hay - I'll Leave The Light On.mp3|4468736
         colin hay - don't believe you anymore.mp3|3632038
         Coffee & TV.mp3|6380012
         Bruce Springstein - Walking In Memphis.mp3|4137505
         benfoldsfive - Where's Summer Been.mp3|1745656
         11-iron_and_wine-hickory-mvp.mp3|6685683
         11 Sodom, South Georgia.mp3|7473206
         10-the_shins-those_to_come-lmnop.mp3|6602754
         10-iron_and_wine-sunset_soon_forgotten-mvp.mp3|4754839
         10 Fever Dream.mp3|5901685
         09-iron_and_wine-teeth_in_the_grass-mvp.mp3|4161755
         08-iron_and_wine-he_lags_in_the_reigns-mvp.mp3|4849393
                          Page 30
```

```
                              ShareListing
               08 Each Coming Night.mp3|4968442
               07 Shattered.mp3|5479280
               07 - Beautiful World - Colin Hay.mp3|3885347
               06 Love And Some Verses.mp3|8817127
               03 Cinder And Smoke.mp3|6889803
               024 - Jeff Buckley - Hallelujah.mp3|1711322
               01 Needle In The Hay.mp3|4118029
               -Such Great Heights.mp3|4264940
       My Downloads
               Music
               RealOneArcade_0
                       RngcBundler.exe|148616
                       RealOneArcadeBundle.exe|10379929
               RealOneArcade_1
               RealOneArcade_2
               Evita
               [-05] Heatwave.mp3|1533876
               z-Zach Galifianakis (Conan O'Brien 11-19-02).mpg|56352352
               You Are My Sunshine.mp3|4348908
               XMAS-the 12 Songs Of Christmas - Dean Martin - Baby, It's
Co.mp3|2586752
               Xmas - Ally Mcbeal - Santa Baby.mp3|2115396
               Witney Houston- Didn't We All Most Have It All.mp3|4914330
               Whitney Houston - So Emotional.mp3|4433677
               Whitney Houston - One Moment In Time.mp3|4512960
               Whitney Houston - My Love Is Your Love.mp3|4175258
               Whitney Houston - I'm Every Woman.mp3|4551644
               Whitney Houston - I Will Always Love You.mp3|4368893
               Whitney Houston - I Have Nothing.mp3|4573682
               whitney houston - greatest love of all.mp3|4589993
               Weezer-Only in my dreams.mp3|5763072
               WEEZER-2002-01-17_Keep_Fishin_275.mp3|2808926
               Weezer - The Good Life.mp3|4114560
               Weezer - Smile .mp3|2539520
               Weezer - Say It Ain't So.mp3|4118406
               Weezer - New - Ozma - Game over (acoustic demo).mp3|2796636
               Weezer - El Scorcho.mp3|3921677
               Weezer - 01 - Don't Let Go.mp3|2932947
               Wedding Singer - Grow Old With you.mp3|1761792
               Vitamin C--Graduation Song.mp3|4079248
               Violent Femmes - Blister in the Sun.mp3|2312116
               Vanity Fair - Hitchin' a Ride.mp3|3008138
               Tracy Chapman - If Not Now.mp3|2901020
               Tracy Chapman - Give Me One Reason.mp3|4346997
               Tracy Chapman - Fast Car.mp3|4746310
               Tracy Chapman - Baby Can I Hold You.mp3|3106400
               Toxic.mp3|3276800
               TOUCH.mp3|1611502
               Tony Braxton - Unbreak My Heart.mp3|3812589
               Tonic - You Wanted More.mp3|3725330
               Tonic - Take Me as I Am.mp3|3568373
               Tonic - Sugar.mp3|3353636
               Tonic - Open Up Your Eyes.mp3|3536768
               Tonic - Mean To Me.mp3|4048285
               Tonic - If You Could Only See.mp3|4220517
               Toni Braxton - You're Making Me High.mp3|3211264
               Toni Braxton - Another Sad Love Song.mp3|4831250
               Tom Petty - Free Falling.mp3|3991894
               Together-U Plus Me Equals Us(Calculus).mp3|3186520
               Toddler Tune - Raffi - Brush Your Teeth.mp3|1213301
               TLC - Red Light Special.mp3|4462592
               TLC - Girl Talk .mp3|3502464
               TLC - Creep.mp3|3989888
```

```
                              ShareListing
        TLC - Creep (1).mp3|4301763
        Three Doors Down - So I Need You.mp3|3666304
        This Nearly Was Mine.mp3|2105728
        Third Eye Blind - Semi Charmed Life.mp3|4300766
        Third Eye Blind - Jumper.mp3|4358240
        Third Eye Blind - How's It Gonna Be.mp3|4049406
        the strokes - Someday.mp3|2962299
        The Strokes - Soma.mp3|2484989
        The Strokes - Last Nite.mp3|3120611
        The Strokes - Is this it.mp3|2454478
        The Strokes - 06 -  Alone Together.mp3|3030844
        The Smiths - There Is A Light That Never Goes Out.mp3|3883392
        The Smiths - Asleep.mp3|3974101
        The Odds - Heterosexual Man.mp3|3439054
        The Calling - Wherever You Will Go.mp3|3332224
        Texas - I'll See It Through.mp3|3918036
        Suzanne Vega-Gypsy.mp3|4275340
        Suzanne Vega - Tom's Diner.mp3|3197458
        Suzanne Vega - Caramel.mp3|2811535
        Sugababes - Too Lost In You.wma|2399123
        Sublime - Wrong Way.mp3|2178376
        sublime - santeria.mp3|2932367
        Sublime - Caress Me Down.mp3|3388779
        stroke nine - Tail Of The Sun.mp3|3783248
        Stroke 9 - Nasty Little Thoughts.mp3|3907968
        Stroke 9 - Letters.mp3|3822176
        Stroke 9 - Down.mp3|4211072
        Stroke 9 - 100 Girls.mp3|3088778
        Stevie Wonder - You Are The Sunshine Of My Life.mp3|2769781
        Stevie Wonder - We Can Work It Out.mp3|3203072
        Stevie Wonder - Signed, Sealed, Delivered.mp3|2517319
        Stevie Wonder - My Cherie Amour.mp3|2750344
        stevie wonder - isn't she lovely.mp3|3214565
        Stevie Wonder - For Once In My Life.mp3|2744704
        Stevie Wonder - For Once In My Life (1).mp3|2727262
        Stevie Wonder  Very Superstitious.mp3|4274304
        Steven Lynch - Kill A Kitten.mp3|4465034
        Steven Lynch - If I Were Gay.mp3|2482644
        Steven Lynch - Gynecologist.mp3|2865536
        steven lynch - comedy central live 08.02.00 -
05.hermaphrodi.mp3|2402396
        Steven Lynch - Billy Corgan.mp3|702468
        Stephen Lynch-Superhero.mp3|2669054
        Stephen Lynch- Bowling Song .mp3|7844312
        Stephen Lynch - When Grandfather Dies.mp3|2423712
        Stephen Lynch - Talk To Me.mp3|2416078
        Stephen Lynch - Special Fred.mp3|3293485
        Stephen Lynch - My First Love Song.mp3|639312
        Stephen Lynch - Mothers Day Song.mp3|731136
        Stephen Lynch - Lullabye.mp3|2950758
        Stephen Lynch - Jim Henson's Dead.mp3|2930952
        Stephen Lynch - In Defense of a Peepshow.mp3|2881664
        Stephen Lynch - Half A Man.mp3|2573886
        Stephen Lynch - Gerbil.mp3|2926592
        Stephen Lynch - for the ladies.mp3|1351348
        Stephen Lynch - F Your Sister.mp3|1929216
        Stephen Lynch - Bitch.mp3|1018114
        Stephen Lynch - Altar Boy.mp3|3262701
        Stand-up Comedy - George Carlin - Carlin on Campus
(complet.mpeg|45973002
        Stand-up Comedy - George Carlin - Carlin on Campus (com
(1).mpeg|45973002
        Stand Up Comedy - John Leguizamo - Freak (Full).mp3|72546104
                              Page 32
```

```
                            ShareListing
            Stand Up Comedy - George Carlin - HBO Special FULL.mp3|11071872
            SR-71 - Tomorrow.mp3|3691475
            SR-71 - Right Now.mp3|2699146
            South Pacific-Sarah Vaughn-Bali Ha'i.mp3|4350180
            South Pacific - Overture.mp3|2926592
            South Pacific - 10 - A Wonderful Guy.mp3|2572288
            Soundtrack - O Brother, where art thou - 03 - You Are My
Sun.mp3|2467994
            Soundtrack - My Girl 2 - Smile.wav|18169388
            Soundtrack - My Best Friends Wedding - 07 - The Way You
Look.mp3|4116478
            Somewhere Out There - Clay Aiken.mp3|1528025
            Something_New.mp3|4103199
            Sleigh Ride.mp3|2232320
            Simple Plan - Addicted.mp3|3716876
            Simon and Garfunkel - The Sound of Silence.mp3|2968044
            Simon and Garfunkel - The Boxer.mp3|4969918
            Simon and Garfunkel - Scarborough Fair.mp3|3028044
            Simon and Garfunkel - Kathy's Song.mp3|3264512
            Simon and Garfunkel - I Am A Rock.mp3|2741778
            simon and  garfunkel - baby driver.mp3|3172352
            Simmon & Garfunkel - Slip Sliding Away.mp3|4544929
            Shawn Colvin - Sunny Came Home.mp3|4227623
            Shakaya - The Way You Make Me Feel.mp3|2281135
            Semisonic - FNT.mp3|3355748
            Semisonic - Closing Time.mp3|4361754
            Selina - Como La Flor.mp3|4057564
            Selena - I Could Fall In Love.mp3|4496028
            Selena - Dreaming Of You.mp3|5027597
            Selena - Bidi Bidi Bom Bom.mp3|3531721
            Scrubs Theme - I'm No Superman.mp3|3508740
            Scarlet Ribbons -- Browns - 2470 - 2.40.mp3|2493511
            Saves The Day - At Your Funeral.mp3|3071804
            Save Ferris - Come On Eileen.mp3|3997696
            Save Ferris - Build Me Up Buttercup.mp3|2556288
            Sammy Hagar - The Girl Gets Around.mp3|3246080
            Salt-N-Pepper - None of your Business.mp3|3408841
            Salt and Pepper - Shoop.mp3|3979773
            Salt and Pepper - Lets Talk About Sex.mp3|4786794
            Salt and Peppa--Push It Real Good.mp3|3408000
            Salt 'N' Pepper - What A Man.mp3|4928116
            Roxette - It Must Have Been Love.mp3|4186245
            Robert Palmer - Simply Irresistable.mp3|4060726
            Robert Palmer - Addicted To Love.mp3|4236396
            Rob Zombie- Brick House.mp3|3672154
            Ride - Vapour Trail.mp3|4141056
            Ricky Martin - She's All I Ever Had.mp3|4745730
            Ricky Martin - She Bangs.mp3|4510258
            Ricky Martin - Ole, Ole, Ole.mp3|4456576
            Ricky Martin - Livin' La Vida Loca.mp3|3896181
            Refreshments - Jenny (867-5309).mp3|2547687
            Refreshments - Down Together.mp3|4175354
            Reel Big Fish - Take on Me.mp3|2658688
            reel big fish - hungry like the wolf.mp3|3486010
            Reel Big Fish - Brown Eyed Girl (ska).mp3|2419072
            Ray Charles - You Are My Sunshine.mp3|2880507
            RAIN_OF_THE_GOLDEN_GOR.mp3|3369262
            Raffi - Shake My Sillies Out.mp3|1059910
            Raffi - Octopus's Garden.mp3|2816000
            Raffi - Oats And Beans And Barley.mp3|1051760
            Raffi - He's Got The Whole World.mp3|819584
            Raffi - Day O.mp3|2897920
            Radiohead - Thinking About You (acoustic).mp3|2846524
                            Page 33
```

```
                        ShareListing
Radiohead - Paranoid Android.mp3|6135990
Radiohead - No Surprises.mp3|3657074
Radiohead - Like Spinning Plates.mp3|3800980
Radiohead - Life In A Glass House.mp3|4399104
Radiohead - Karma Police.mp3|4187081
Punk covers -- MXPX-SUMMER_OF_69(PUNK_COVER).MP3|2259453
Punk Covers - Eve 6 - I Touch Myself.mp3|3525869
Punk & Ska Covers - Wizo - All That She Wants.mp3|2863404
Pretenders - I'll Stand By You.mp3|3819021
Pretenders - Angel of the Morning.mp3|3441376
Pointer Sisters - Jump (For My Love).mp3|3859676
pete yorn - dancing in the dark.mp3|2973824
PERFECT DAY.mp3|1621694
Pennywise - Down Under.mp3|2363108
Peggy Lee - Fever.mp3|3202220
Paul Simon and Art Garfunkal - Mrs. Robinson.mp3|3217079
Paul Simon - You Can Call Me Al.mp3|4484466
Paul Simon - One Man's Ceiling Is Another Man's Floor.mp3|3643520
Paul Simon - Me and Julio Down By the Schoolyard.mp3|2614090
Paul Simon - Kodacrome.mp3|3359104
Paul Simon - Diamonds on the Soles.mp3|5582758
Paul Simon - Cecilia.mp3|2483218
Paul Simon - 50 Ways To Leave Your Lover.mp3|3392827
Paul Simon & Garfunkle - Homeward Bound.mp3|4196567
Pat Benetar - We Belong.mp3|3529092
Ozma - Shooting Stars.mp3|3927528
ozma - rain of the golden gorilla.mp3|4367040
Ozma - Natalie Portman.mp3|3648203
Ozma - Korobeiniki (tetris theme).mp3|2211399
Ozma - If I Only Had A Heart.mp3|3074048
Ozma - Iceland.mp3|3910780
ozma - game over.mp3|3951829
Ozma - Domino Effect.mp3|3384599
ozma - Coffee Shop Girl.mp3|3089513
Ozma - Battlescars.mp3|8387747
Ozma - A song about you.mp3|1553520
Outkast - Ms Jackson.mp3|4398569
Outcast - Hey Ya.mp3|5973484
Our_Lady_Peace_-_Automatic_Flowers.mp3|3928064
Our Lady Peace- Imagine (rare live cover).mp3|3813620
Our Lady Peace - Superman's Dead.mp3|4109340
Our Lady Peace - Starseed.mp3|4131706
Our Lady Peace - Somewhere Out There.wma|2038595
Our Lady Peace - Shaking.mp3|3481242
Our Lady Peace - Not Enough.mp3|4528136
Our Lady Peace - Naveed.mp3|5627904
Our Lady Peace - Life Is Waiting For You.mp3|4212158
our lady peace - let you down.mp3|3742910
Our Lady Peace - Innocent.mp3|3597341
Our Lady Peace - Clumsy.mp3|4319574
Our Lady Peace - Car Crash.mp3|4917673
Odds, The - Eat My Brain.mp3|4258672
Odds - Wendy Under the Stars.mp3|4064144
Odds - Truth Untold.mp3|3741124
Odds - Someone Who Is Cool.mp3|3159899
Odds - Nothing Beautiful.mp3|2983034
Odds - Make You Mad.mp3|3943154
Odds - It Falls Apart.mp3|3498694
Oasis - Wonderwall.mp3|4140907
Oasis - Champagne Supernova.mp3|7163462
Nsync - Leavin On A Jetplane.mp3|4836698
Now and Then Soundtrack- Sugar Sugar.mp3|2707840
Now and Then Soundtrack-  Knock three Times.mp3|2909040
```

```
                          ShareListing
           Nora Jones-Something is Calling You.mp3|2881261
           nora jones-13-The Long Day Is Over.mp3|2639498
           Nora Jones - Seven Years.mp3|2359021
           Nora Jones - Painter Song.mp3|3244494
           Nora Jones - One Flight Down.mp3|3248128
           nora jones - don't know why.mp3|2673536
           NOFX - 99 Red Balloons.mp3|3030065
           New Found Glory-  I Want It That Way (Backstreet Boys
Cover).mp3|2929103
           New Found Glory - That Thing You Do (punk cover).mp3|1894669
           New Found Glory - (Everything I Do) I Do It For You.mp3|2802382
           New Broadway Cast -Guys And Dolls-13-Entr'acte_ Take Back
Yo.MP3|5162433
           Neil Diamond - Mr. Bojangles.mp3|4662840
           Nat King Cole - Smile.mp3|2798740
           Nat King Cole - L-O-V-E.mp3|2467859
           N'Sync - Dirty Pop.mp3|2886810
           Muse - Unintended.mp3|3794617
           Muse - Sunburn.mp3|3723648
           Mr Big - Just To Be The Next To Be With You.mp3|2946371
           Moving Target.mp3|2879067
           Movie Theme BRADY BUNCH HAPPY DAYS.mp3|2533504
           Mitch Hedburg - Comedy CD.mp3|45407992
           Michael Jackson - The Way You Make Me Feel.mp3|4760939
           Michael Jackson - Beat It.mp3|4145285
           Measure Of A Man.mp3|1664100
           Matchbox 20 - Push.mp3|3838503
           Matchbox 20 - Bent.mp3|4110432
           Matchbox 20 - 3am.mp3|3632449
           maroon5 - Sunday Morning.mp3|4021151
           Maroon 5 - This Love.mp3|3321817
           Maroon 5 - Sweetest Goodbye.mp3|3638719
           Maroon - Harder To Breathe.mp3|2088960
           Marilyn Manson - Tainted Love.mp3|3183399
           Marilyn Manson - Sweet Dreams.mp3|3997460
           Mariah Carey ft Boys II Men - One sweet day.mp3|4523956
           Mariah Carey - Open Arms.mp3|3376653
           Mariah Carey - All I Want For Christmas Is You.mp3|3863580
           Madonna - Santa Baby.mp3|2480102
           Lou Bega - Mambo No.5.mp3|3554708
           Lonestar - Amazed.mp3|3854129
           little nicky soundtrack - Linken Park.mp3|3316472
           Linkon Park - Crawling.mp3|3344988
           Linken Park-In the Ends.mp3|3463933
           Linken Park - Pappercut.mp3|4445884
           Lindsay Lohan- Ultimate You.mp3|2992128
           Limp Bizkit - Faith.mp3|3716041
           Lifehouse - Take Me Away.wma|2334905
           Life House - Everything.mp3|2558670
           Less Than Jake - I Think I Love You.mp3|1956626
           Kenny Loggins - Footloose.mp3|3675081
           Kelly Clarkson- Miss Independant.mp3|3438097
           Kelly Clarkson - Without You.mp3|2357510
           Kelly Clarkson - To Make You Feel My Love.mp3|3964726
           Kelly Clarkson - Stuff Like That There.mp3|1694627
           Kelly Clarkson - Low.mp3|3346565
           Kelly Clarkson - Before Your Love.mp3|3848654
           Kelly Clarkson - A Moment Like This.mp3|3711902
           Keep the Customer Satisfied.mp3|2481092
           Katrina and the Waves - Walking on Sunshine.mp3|3824710
           Joni Mitchell - Both Sides, Now (1).mp3|4394793
           Joe Cocker - You Can Leave Your Hat On.mp3|4090402
           Joan Jett - I Love Rock and Roll.mp3|2796530
                          Page 35
```

```
                          ShareListing
                Jim Reeves - Scarlet Ribbons.mp3|2240512
                Jason Boland - somewhere down in texas.mp3|5626950
                Jann Arden - Insensitive.mp3|4128984
                Jan Arden- You  Dont Know Me.mp3|3322614
                James Taylor - Your Smiling Face.mp3|2663634
                James Taylor - You've Got A Friend.mp3|4284190
                James Taylor - Sweet Baby James.mp3|2721810
                James Taylor - Sunny Skies.mp3|2293888
                James Taylor - Fire and Rain.mp3|3257532
                Jaci Valesquez - Look What Love Has Done.mp3|4645283
                Isreal Kamakawiwo'ole - Somewhere Over The Rainbow-What A
wo.mp3|4685824
                Invisible - Clay Aiken (1).mp3|2969880
                If_I_Ruled_The_World.mp3|4389851
                I've Had The Time Of My Life.mp3|2542412
                Herman's Hermits - Can't You Hear My Heartbeat.mp3|2207872
                Hello Oskar.mp3|2200223
                Harry Nilsson - Without You.mp3|3222958
                Guys and Dolls-More I Cannot Wish You.mp3|2251768
                Guys and Dolls- I'll Know (marlon brando, jean simmons).mp3|4263568
                Guys And Dolls - Marry The Man Today.mp3|2502148
                Guys and Dolls - If I Were a Bell.mp3|2455184
                guys and dolls - i've never been in love before.mp3|2043904
                Guys And Dolls - For Some Doll.mp3|2850384
                Guys and Dolls - Adelaide's Lament.mp3|3502080
                Guys And Dolls - A Bushel And A Peck.mp3|3010067
                Greese - You Better Shape Up.mp3|2710826
                Green Day-Time of your life.mp3|1855488
                Grease - We Go Together.mp3|2864146
                Grease - Grease Lighting.mp3|3128058
                Gospel Classic - Sam Cooke - This Little Light of Mine.mp3|1083480
                Gordon Lightfoot - Wreck of the Edmund Fitzgerald.mp3|5294464
                Gordon Lightfoot - Rainy Day People.mp3|2701696
                Gordon Lightfoot - Minstrel of the Dawn.mp3|3323904
                Gordon Lightfoot - If You Could Read My Mind.mp3|3663236
                Gordon Lightfoot - Carefree Highway.mp3|3522560
                Gordon Lightfoot - Bitter Green.mp3|2662617
                Gordon Lightfoot - Beautiful.mp3|3260416
                Gordon Lightfoot -  Sundown.wma|3414893
                Gorden Lightfoot - Cotton Jenny.mp3|3296820
                Good Charlotte - Put Your Hands On My Shoulder.mp3|1321296
                Good Charlotte - Footloose.mp3|1914381
                Goldfinger - More Today Than Yesterday.mp3|3234552
                GOLDFING.MP3|3980728
                Gin Blossoms - Till I Hear It From You.mp3|3635887
                Gin Blossoms - Hey Jealousy.mp3|3306311
                Gin Blossoms - Follow You Down.mp3|4322081
                George Michael - Faith.mp3|4052789
                Gene Autry - You Are My Sunshine.mp3|2336236
                GARTH-Wrapped Up in You.mp3|2670725
                Garth Brooks - Wrapped Up In You (Long version).mp3|4537330
                Garth Brooks - To Make You Feel My Love.mp3|3745540
                Gabrielle - Out of reach.mp3|3149996
                Fugees - Bohemian Rhapsody.mp3|3850240
                Frank Sinatra - The Way You Look Tonight.mp3|3212952
                Frank Sinatra - The Way You Look Tonight (1).mp3|3212952
                Frank Sinatra - Strangers In The Night.mp3|2466890
                Frank Sinatra - New York, New York.mp3|3300171
                Frank Sinatra - My Way.mp3|4454400
                Frank Sinatra - Luck Be a Lady.mp3|5047970
                Frank Sinatra - It Had To Be You.mp3|2534759
                Four Non Blonds - What's Going On.mp3|4719432
                Fountains of Wayne - Stacey's Mom.mp3|5855232
                                   Page 36
```

ShareListing
Footloose The Musical - Learning To Be Silent.mp3|1855381
footloose soundtrack - Almost Paradise.mp3|4609926
Footloose - Broadway Cast -- Somebody's Eyes.mp3|4193640
Footloose -  Mama Says (Broadway).mp3|3685216
Footloose  - I Can't Stand Still.mp3|1587200
Foo Fighters - Everlong.mp3|4013330
Folds, Ben-Golden Slumbers.mp3|1662976
Fastball - The Way.mp3|4032358
Fastball - Out Of My Head.mp3|2449624
faith hill-cry.mp3|3816907
Faith Hill - This Kiss.mp3|3172884
Faith Hill - Breathe.mp3|4019479
Everly Brothers - Dream, Dream, Dream.mp3|2213639
Eve 6- Here's to Tonight.mp3|2998462
Eva Cassidy  - Time After Time.mp3|2551823
Etta James - At Last.mp3|2848992
elton john - your song (1) (1) (1) (1) (1).mp3|3878627
Elton John - Little Dancer.mp3|6025600
Ella Fitzgerald - Fever.mp3|3204012
Eddie Money - Take Me Home Tonight.mp3|3376240
Eagles - Take It Easy.mp3|3383336
Eagles - Love Will Keep Us Alive.mp3|3883832
Eagles - Hotel California.mp3|6270060
Eagles - Desperado.mp3|3424176
drop kick murpheys [amazing grace].mp3|2536552
Dr. Demento - Christine Lavin - Sensitive New Age Guys.mp3|2626686
download107730623023654671.dat|102815
download107724312231403234.dat|102827
download107463593730486062.dat|102984
download106771870220463093.dat|102864
Dope - You Spin Me Right Round.mp3|2627931
Don Mclean - Vincent.mp3|3863837
don mclean - since i don't have you.mp3|2449205
Don McLean - American Pie.mp3|8197399
Don Henley & Patti Smythe - Sometimes Love Just Ain't
Enough.mp3|3737984
Disturbed - Shout 2000.mp3|4124672
Dispatch - Cover This.mp3|4873370
Disney - 100 Kids Songs - Apples And Bananas.mp3|1605024
Dishwalla - Counting Blue Cars.mp3|4670112
Dido - Here With Me.mp3|4039797
Denise Williams - Lets Hear It For The Boys.mp3|4204544
Dean Martin - You're Nobody 'Til Somebody Loves You.mp3|2179072
Dean Martin & Frank Sinatra - That's Amore.mp3|3020800
Dashboard Confessions - Again I Go Unnoticed.mp3|2304276
Dashboard Confessionals-This Brilliant Dance.mp3|2918575
Dashboard Confessionals - the sharp hint of new tears.mp3|2905172
Dashboard Confessionals - Places You Fear - 09 Places You
Fe.mp3|2778397
Dashboard Confessionals - Anyone, Anyone.mp3|1848694
Dashboard Confessional - This Bitter Pill.mp3|3102720
Dashboard Confessional - So Long Sweet Summer.mp3|2266976
Dashboard Confessional - So Impossible.mp3|2856960
Dashboard Confessional - Screaming Infidelities.mp3|3442688
Dashboard Confessional - Saints and Sailors.mp3|2453632
dashboard confessional - jamie.mp3|2985093
Dashboard Confessional - Ender Will Save Us All.mp3|5028971
Dane Cook- Harmful if swallowed.mp3|1257472
Dane Cook - Horror Movies.mp3|1405531
Dane Cook - Drinking, DMV, Time Traveling - Comedy Central
P.mp3|4325376
Dane Cook - ATM Tricks.mp3|1111650
Dane Cook - 21 - The Animal Channel.mp3|1593344

```
                                    ShareListing
                    Dane Cook - 07 - Fireman And Policeman and the Miniature
Gol.mp3|2046132
                    Dane Cook - 05 - Bees & Sharks.mp3|3581952
                    Crazy Town - Butterfly.mp3|3462376
                    Comedy Central Presents Dane Cook (DivX).wmv|56387699
                    Comedy Central Presents - Zach Galifianakis - Divx.avi|90152960
                    Comedy Central Presents - Jeremy Hotz - Divx.avi|99065856
                    Comedy - Pablo Francisco - Stand Up.mpg|186230784
                    Comedy - Dane Cook - StreetFight.mp3|1278036
                    Collective Soul - The World I Know.mp3|3608521
                    Collective Soul - Shine.mp3|4924481
                    Collective Soul - Run.mp3|4066290
                    collective soul - listen.mp3|4065873
                    Collective Soul - Heaven's Already Here.mp3|2137409
                    Collective Soul - Gel.mp3|2886392
                    Collective Soul - December.mp3|4574374
                    Collective Soul - All.mp3|3336653
                    Coldplay - Yellow.mp3|4333528
                    Coldplay - The Scientist.mp3|4947767
                    Cold Play - Trouble.mp3|3756032
                    Clay_National_Anthem.mp3|1812655
                    ClayUnchainedMelody - Apr 29, 2003 15.49.15.mp3|3601775
                    clayaiken-mygirl.mp3|2949205
                    clayaiken-holdmethrillmekissme.mp3|2567744
                    clay aiken-tbc-01-invisible.mp3|4559360
                    Clay Aiken- DreamLover.mp3|2384960
                    Clay Aiken - To Love Somebody (Very Clear!).mp3|1840108
                    Clay Aiken - This Is The Night.mp3|3327211
                    Clay Aiken - The Way.mp3|4004050
                    Clay Aiken - Tell Her About It.mp3|1958016
                    Clay Aiken - She Said Yes.mp3|3319935
                    Clay Aiken - Open Arms (1).mp3|1208320
                    Clay Aiken - NO ITS NOT - Set_Me_Free.mp3|3559852
                    Clay Aiken - Night To Remember (1).mp3|1514770
                    Clay Aiken - I Survived You.mp3|3435711
                    Clay Aiken - I Could Not Ask For More.mp3|1703311
                    Clay Aiken - For Having You To Love.mp3|5760607
                    Clay Aiken - Everlasting Love.mp3|1290240
                    Clay Aiken - Bridge Over Troubled Water (1).mp3|2576387
                    Clay Aiken - At This Moment.mp3|1284193
                    Clay Aiken & Ruben Studdard - Ain't No Stopping Us Now.mp3|1678916
                    Christine Lavin - What Was I Thinking.mp3|3947173
                    Christine Lavin - Various Artists - Ballad of A Ball
Game.mp3|5898240
                    Christine Lavin - The Voice on the Relaxation Tape.mp3|4005096
                    Christine Lavin - The Kind of Love You Never Recover From
(1.mp3|4173824
                    Christine Lavin - Shopping Cart Of Love (Live).mp3|13881344
                    Christine Lavin - Rockaway.mp3|3930112
                    Christine Lavin - Replaced.mp3|2709504
                    christine lavin - Regretting What I Said....mp3|1482752
                    Christine Lavin - Milk And Cookies - Absolutely Live 22.mp3|1909041
                    Christine Lavin - I Bring out the Worst in You.mp3|1842215
                    Christine Lavin - Harrison Ford.mp3|4212472
                    Christine Lavin - Good Thing He Can't Read My Mind.mp3|2978505
                    Christine Lavin - Downtown.mp3|3499410
                    christine lavin - damaged goods.mp3|3445176
                    christine lavin - attainable love.mp3|2970261
                    ChristinaAguilera&Redman-Dirrty-stars2ya.mp3|3921379
                    Christina Aguilera - Dirrty (Cd quality).mp3|3919587
                    Christina Aguilera - Beautiful.mp3|3819520
                    Childrens Songs - Barney Raffi - Down By The Bay.mp3|2103554
                    Childrens - Raffi - Six Little Ducks.mp3|995712
                                        Page 38
```

```
                          ShareListing
         Children's- 100 Songs for Kids - You Are My Sunshine.mp3|1788032
         Carpenters - Why do Birds Suddenly Appear.mp3|3970752
         Carpenters - Solitaire.mp3|4468879
         Carpenters - Rainy Days And Mondays.mp3|3457418
         Carpenters - Puff The Magic Dragon.mp3|3300800
         can't you hear my heartbeat - Hermans Hermits.mp3|1595316
         Cake - The Distance.mp3|2890153
         Cake - Short Skirt, Long Jacket.mp3|3330176
         Cake - Perhaps, Perhaps, Perhaps.mp3|2304180
         Cake - Never There.mp3|2534860
         Cake - Mrs Robinson.mp3|3584384
         Cake - Mexico.mp3|3294648
         Cake - Love You Madly.mp3|3807984
         Cake - Italian Leather Sofa.mp3|5628032
         Cake - I Will Survive.mp3|4972008
         Cake - Frank Sinatra.mp3|3848004
         Bway - South Pacific - 03 Cockeyed Optimist.mp3|1666612
         Bush - The Chemicals Between Us.mp3|3470955
         Bush - Machinehead.mp3|4100852
         Bush - Letting the Cables Sleep.mp3|4427501
         Bush - Glycerine.mp3|4155187
         Bush - Come Down.mp3|5213588
         Bryan White - Someone Else's Star.mp3|3169968
         Bruce Springstein - Secret Garden.mp3|3719698
         Bruce Springsteen - Streets of Philadelphia.mp3|3689709
         bruce springsteen - secret garden.mp3|4289899
         Bruce Springsteen - Dancing In The Dark.mp3|3821069
         Broadway - South Pacific - Younger than Springtime.mp3|4184064
         Britney Spears - Stronger.mp3|3244583
         Britney Spears - Oops I Did It Again.mp3|3397974
         Britney Spears - I'm Slave For You.mp3|3463296
         Britney Spears - Crazy.mp3|3199281
         Britney Spears - Baby One More Time.mp3|3396720
         Boyz II Men - Water Runs Dry.mp3|2816000
         Boys II Men - Yesterday.mp3|3013451
         Boys II Men - On Bended Knee.mp3|5282005
         Boys II Men - I'll Make Love to You.mp3|3789601
         Box Car Willie - You Are My Sunshine.mp3|2975417
         Bowling For Soup - The Bitch Song.mp3|3416064
         Bowling For Soup - Summer of '69.mp3|2969728
         bowling for soup - Baby One More Time .mp3|3353252
         Boston Pops - Sleigh Ride.mp3|2917321
         Bonnie Tyler - Total Eclipse of the Heart.mp3|6688984
         Bonnie Tyler - I Need A Hero.mp3|5601455
         Bonnie Raitt - Something To Talk About.mp3|3649536
         Bonnie Raitt - I Can't Make You Love Me.mp3|5245232
         Bob Dylan - Mr. Tambourine Man.mp3|5261673
         Bob Dylan - Mr. Bojangles.mp3|5357952
         Bob Dylan - Like A Rolling Stone.mp3|5913861
         Bob Dylan - Hurricane.mp3|8186532
         Blink 182, Match Box 20, Third Eye Blind - Its a story of a
.mp3|2973824
         Blink 182 - Going Away To College.mp3|2870603
         Blessed Union Of Souls - Hey Leonardo (She Likes Me For
Me).mp3|3367572
         billy joel - you're my home (1).mp3|2324132
         Billy Joel - Uptown Girl.mp3|3148452
         Billy Joel - The Entertainer.mp3|3500792
         Billy Joel - Tell Her About It.mp3|3649920
         Billy Joel - Scenes From An Italian Restaurant.mp3|7249468
         Billy Joel - River of Dreams.mp3|3922095
         Billy Joel - Piano Man.mp3|5372831
         Billy Joel - Only The Good Die Young.mp3|3772883
                              Page 39
```

```
                           ShareListing
            Billy Joel - New York State of Mind.mp3|5801401
            Billy Joel - Just The Way You Are.mp3|3464748
            Billy Joel - For the Longest Time.mp3|3485327
            BETTE MIDLER - STUFF LIKE THAT THERE.mp3|4101701
            Bens Fold Five - Rocking The Suburbs.mp3|4777077
            Bens Fold Five - Battle of Who Could Care Less.mp3|2771035
            Ben Folds Five - Underground.mp3|4021987
            Ben Folds Five - Stevens Last Night In Town.mp3|3325952
            Ben Folds Five - Song for the Dumped.mp3|3509439
            Ben Folds Five - Smoke.mp3|4679680
            Ben Folds Five - She Don't Use Jelly.mp3|4024589
            Ben Folds Five - Selfless, Cold and Composed.mp3|5925248
            Ben Folds Five - Philosophy.mp3|4458496
            Ben Folds Five - One Angry Dwarf and 200 Solemn Faces.mp3|3726072
            Ben Folds Five - Mess (1).mp3|3879296
            Ben Folds Five - Lullabye.mp3|3728722
            Ben Folds Five - Lonely Christmas Eve.mp3|3199605
            Ben Folds Five - Kate.mp3|3133440
            Ben Folds Five - For All the Pretty People.mp3|3216074
            Ben Folds Five - Fair.mp3|5726208
            Ben Folds Five - Evaporated (1).mp3|4309543
            Ben Folds Five - Don't Change Your Plans.mp3|4969338
            Ben Folds Five - Cigarette.mp3|1572864
            ben folds five - chopsticks.mp3|2242019
            Ben Folds Five - Brick.mp3|4529645
            Ben Folds Five - Boxing.mp3|4542757
            Ben Folds Five - Best Imitation of Myself.mp3|2538232
            Ben Folds Five - Army.mp3|3257283
            ben folds five - air.mp3|3252522
            Ben Folds 5 - Majic.mp3|2916532
            Ben Folds - The Luckiest.mp3|4553887
            Ben Folds - Gone (1).mp3|3242331
            Beach Boys - Wouldn't It Be Nice.mp3|2391842
            Beach Boys - I Get Around.mp3|2130304
            Beach Boys - Good Vibrations.mp3|3514752
            Beach Boys - God Only Knows.mp3|2738980
            Beach Boys - Don't Worry Baby.mp3|2710849
            Barney & Friends - Mr. Sun.mp3|1240050
            Badly Drawn Boy- Something To Talk About.mp3|3473536
            Badfinger - No Matter What.mp3|2907802
            Bad Company - All Right Now.mp3|3604476
            Baby It's Cold Outside.mp3|3401438
            Art Garfunkel - The Graduate - Soundtrack - Paul Simon -
Apr.mp3|1766517
            art garfunkel & paul simon & james taylor - what a
wonderful.mp3|3352980
            American Idol 2 - Clay Aikens - Love Of My Life.wma|3821495
            American Idol - Kelly Clarkson - Respect.mp3|1093632
            American Idol - Clay Aiken - Don't Let The Sun Go Down On
Me.mp3|7713610
            All Time Classic American Love Songs - American Idol - 03 -
.mp3|3605794
            Alien Ant Farm - Smooth Criminal.mp3|3613513
            Air Supply - All By Myself.MP3|4337664
            AI - Clay Aiken -Lets_Get_Our_Groove_On.mp3|3794745
            Ace of Base - All That She Wants.mp3|2998509
            A New Found Glory - The Glory Of Love.mp3|3188158
            A New Found Glory - My Heart Will Go On.mp3|2932736
            311 - What I Got (Sublime Cover In Studio).mp3|3729528
            311 - Beautiful Disaster.mp3|3908814
            3 Doors Down - Here Without You.mp3|3843179
            2gether-The Hardest Part about Breaking Up.mp3|3123200
            2gether-Awesum Luvr.mp3|3770496
                           Page 40
```

```
                        ShareListing
        2gether - You're My Baby Girl.mp3|3311744
        2gether - The Way You Do Me.mp3|3408005
        2gether - Say It Dont Spray It.mp3|3219624
        2gether - Rub One Out.mp3|2742723
        2gether - Regular Guy.mp3|3877791
        2gether - I Wanna Know Your Name.mp3|3894927
        2gether - I Gave My 24-7 To You.mp3|3771305
        2gether - Every Minute Every Hour.mp3|3151378
        2gether - Before We Say Goodbye.mp3|2938788
        2gether - 5gether.mp3|4022400
        17 Why Don't You Write Me.wma|1376819
        16 All You Need Is Love.wma|3379784
        14 Glasgow Love Theme - Craig Armstrong (1).MP3|2017994
        1 Kelly Clarkson - The Trouble With Love Is.wma|2688281
        08 The Only Living Boy in New York.wma|1966489
        08 Hard to Explain.mp3|3604446
        07 norah jones - Turn Me On.mp3|2461824
        07 - You Look So Good To Me.mp3|2367380
        06. Nora Jones - ShootTheMoon.mp3|3925276
        05.mp3|3686657
        05 So Long, Frank Lloyd Wright.wma|3630680
        04 - Track 4.mp3|1933940
        03 - Cold Pizza for Breakfast.mp3|2587807
        03 - Carnival.mp3|3523230
        02 - Overprotected.mp3|1996144
        02 - I Will Carry You - Clay Aiken.mp3|5403790
        003 - What I Like About You  (1).mp3|2675066
        002 - Happy Together.mp3|2484477
        (Simon & Garfunkel) Hello Darkness MY Old Friend.mp3|2975289
        (Clay Aiken)-Solitaire.mp3|1202176
My Playlists
        Total Playlist.wpl|107611
        Norah Jones et al.wpl|1373
        Mix cds et al.wpl|153987
Since You've Been Gone.mp3|4010033
Sample Music.lnk|638
Queen - Freddy Mercury - I want to Break Free.mp3|4210851
Original Broadway Cast - I Confess.mp3|4817693
Modest Mouse - Float On.mp3|3337908
Jessica Simpson-Angels.mp3|5894912
Jessica Simpson - With You.mp3|3076266
Jessica Simpson - Irresistable.mp3|4618408
Jessica Simpson - I Wanna Love You Forever.mp3|4171778
Jessica Simpson - I Think That I'm in Love With You.mp3|3180544
Jessica Simpson - A Little Bit Goes A Long Way.mp3|5464118
Jay-Z - Beware Of The Boys REMIX.mp3|5750784
Green Day vs. Oasis - Boulevard of Broken Dreams vs. Wonderwall.mp3|6583868
Friends 815 -  The One With The Birthing Video.avi|95516672
Friends - 816 - TOW Joey Tells Rachel.avi|616334
Eve - Let Me Blow Ya Mind ft Gwen Stefani.mp3|5518164
B2K-BadaBoom (1).mp3|5335632
05 I Want To Break Free.mp3|3113547
04 - Green Day - Boulevard of Broken Dreams.mp3|6267341
```