UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
LONDON-SIRE RECORDS INC., et al.,   )
     Plaintiffs,                    )
                                    )
     v.                             )   C.A. No. 04-12434-NG
                                    )   LEAD DOCKET NUMBER
DOES 1-4,                           )
     Defendants.                    )
_____)


_____
SONY BMG MUSIC ENTERTAINMENT,       )
et al.,                             )
     Plaintiffs,                    )
                                    )
     v.                             )   C.A. No. 05-11099-NG
                                    )
DOES 1-2,                           )
     Defendants.                    )
_____)


_____
MOTOWN RECORD COMPANY, et al.,      )
     Plaintiffs,                    )
                                    )
     v.                             )   C.A. No. 05-11100-NG
                                    )
DOES 1-6,                           )
     Defendants.                    )
_____)


_____
ARTISTA RECORDS LLC, et al.,        )
     Plaintiffs,                    )
                                    )
     v.                             )   C.A. No. 05-11101-NG
                                    )
DOES 1-8,                           )
     Defendants.                    )
_____)


_____
ELEKTRA ENTERTAINMENT GROUP INC.,   )
 et al.,                            )
     Plaintiffs,                    )
                                    )
     v.                             )   C.A. No. 05-11102-NG
                                    )
JOHN DOE,                           )
     Defendant.                     )
_____)
```
GERTNER, D.J.:

## ORDER OF CONSOLIDATION
### June 1, 2005

Civil actions **2005-11099-NG, 2005-11100-NG, 2005-11101-NG, and 2005-11102-NG** are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: June 1, 2005**          **s/ NANCY GERTNER U.S.D.J.**